**PS of Denver, Inc.**
DBA ProSource of Denver, Inc.

# Balance Sheet
As of December, 31 2019

| Assets | | As of 8/31/2020 | 2019 | 2018 |
|---|---|---:|---:|---:|
| *Current Assets* | | | | |
| Cash | | 26,232 | 167,914 | 323,579 |
| Accounts receivable | | 22 | 219,626 | 308,918 |
| Inventory | | 265,000 | 2,504,755 | 2,085,034 |
| Prepaid expenses | | 6,257 | 189,549 | 499,034 |
| Short-term investments | | 430,000 | 430,000 | 363,495 |
| | Total current assets $ | 727,511 $ | 3,511,844 $ | 3,580,060 |
| *Fixed (Long-Term) Assets* | | | | |
| Long-term investments | | | - | |
| Property, plant, and equipment | | 2,471,375 | 2,471,375 | 2,460,982 |
| (Less accumulated depreciation) | | (2,013,270) | (1,969,339) | (2,035,236) |
| Intangible assets | | 418,269 | 418,269 | 411,678 |
| | Total fixed assets $ | 876,374 $ | 920,305 $ | 837,424 |
| *Other Assets* | | | | |
| Deferred income tax | | | - | |
| Other | | | | |
| | Total Other Assets | $ | - $ | - |
| **Total Assets** | | **$ 1,603,885** | **$ 4,432,149** | **$ 4,417,484** |

| Liabilities and Owner's Equity | | | | |
|---|---|---:|---:|---:|
| *Current Liabilities* | | | | |
| Accounts payable | | 1,657,710 | 816,376 | 1,026,799 |
| Short-term loans | | 414,873 | 521,865 | 350,000 |
| Taxes payable | | 250,000 | - | - |
| Accrued salaries and wages | | 4,500 | 16,247 | - |
| Unearned revenue | | 601,439 | 852,731 | - |
| Current portion of long-term debt | | - | - | 865,000 |
| | Total current liabilities $ | 2,928,522 $ | 2,207,219 $ | 2,241,799 |
| *Long-Term Liabilities* | | | | |
| Long-term debt | | 1,509,714 | 1,356,267 | 1,865,119 |
| Deferred income tax | | - | - | - |
| Other | | - | - | - |
| | Total long-term liabilities $ | 1,509,714 $ | 1,356,267 $ | 1,865,119 |
| *Owner's Equity* | | | | |
| Owner's investment | | 50,000 | 50,000 | 50,000 |
| Retained earnings | | 7,397,551 | 7,586,755 | 7,375,011 |
| Other | | (10,281,902) | (6,768,092) | (7,114,445) |
| | Total owner's equity $ | (2,834,351) $ | 868,663 $ | 310,566 |
| **Total Liabilities and Owner's Equity** | | **$ 1,603,885** | **$ 4,432,149** | **$ 4,417,484** |
| | | $ - | | |

| Common Financial Ratios | | | |
|---|---:|---:|---:|
| **Debt Ratio** (Total Liabilities / Total Assets) | 2.77 | 0.80 | 0.93 |
| **Current Ratio** (Current Assets / Current Liabilities) | 0.25 | 1.59 | 1.60 |
| **Working Capital** (Current Assets - Current Liabilities) | (2,201,011) | 1,304,625 | 1,338,261 |
| **Assets-to-Equity Ratio** (Total Assets / Owner's Equity) | -0.57 | 5.10 | 14.22 |
| **Debt-to-Equity Ratio** (Total Liabilities / Owner's Equity) | -1.57 | 4.10 | 13.22 |

**Not Reconciled and Not Audited**