**PS of Denver, Inc.** 
DBA ProSource of Denver, Inc.

# Detailed Income Statement
For the Year Ending Dec 31, 2019

|  | YTD 8/31/2020 | 2019 | 2018 |
|---|---:|---:|---:|
| **Revenue** | | | |
| Sales revenue | 4,327,657 | 10,579,243 | 14,618,877 |
| Cost of Sales | 3,058,355 | 7,162,148 | 10,863,934 |
| **Gross Margin** | **1,269,302** | **3,417,095** | **3,754,943** |
| **Expenses** | | | |
| Salaries & Wages | 463,857 | 1,203,511 | 1,442,194 |
| Officer Salaries | 50,000 | 105,978 | 161,500 |
| Commissions | 68,668 | 30,701 | 120,994 |
| Bonus & Other | - | 766 | 87,069 |
| Federal Employment Taxes | 41,964 | 98,364 | 96,181 |
| State & Local Employment Taxes | 6,470 | 24,682 | 15,925 |
| Salaries and Payroll Taxes | 630,959 | 1,464,002 | 1,923,863 |
| Sample Expense | 2,043 | 19,374 | 14,151 |
| Inventory Variances | - | (1,580) | - |
| Damage Adjustments | - | (220) | 415 |
| Customer Satisfaction | 7,110 | 35,095 | 58,344 |
| Vendor Credits/Refunds | - | (89,634) | (241,856) |
| Member Rebates | 31,770 | 108,549 | 129,933 |
| Credit Card Processing Fees | 90,881 | 230,229 | 300,510 |
| Finance Fees | 15,330 | 8,136 | 61 |
| Restocking Fees | 597 | 2,757 | 3,099 |
| Sales Tax Charges Out of State | | 406 | - |
| Customer Related | 147,731 | 313,114 | 264,657 |
| Advertising - Radio/Media | 195 | 22,221 | 15,013 |
| Advertising - Sales/Events | - | 2,276 | 18,398 |
| Advertising - Golf Tournament | - | (22,037) | (17,708) |
| Advertising - Promo/General | 3,579 | 331 | 4,656 |
| National Advertising/Contribution | | 5,611 | 46,749 |
| Advertising - Online/Website | 4,552 | 25,404 | 5,786 |
| Advertising - Misc. | | 10,145 | 5,303 |
| Business Development Expenses | 50 | 413 | 16,081 |
| Advertising and Promotion | 8,376 | 44,363 | 94,278 |
| Building Rent - Showroom | 157,898 | 126,765 | 42,364 |
| Building Rent - Warehouse | - | 54,143 | 39,832 |
| CAM - Showroom | - | 26,274 | 144,456 |
| CAM - Warehouse | - | 30,028 | 49,947 |
| Utilities - Showroom | 18,839 | 13,409 | 24,774 |
| Utilities - Warehouse | - | 20,214 | 18,934 |
| Cleaning | 9,501 | 14,740 | 6,400 |
| Security | 150 | 5,118 | 325 |
| Trash | 3,607 | 11,746 | 8,848 |
| Repairs and Maintenance | 17,389 | 9,115 | 42,137 |
| Building Insurance | - | - | 492 |
| Property Taxes | - | 12,765 | 5,595 |
| Building, Lease and Utilities | 207,384 | 324,316 | 384,104 |

**PS of Denver, Inc.** 
DBA ProSource of Denver, Inc.

**Detailed Income Statement**
For the Year Ending Dec 31, 2019

| | YTD 8/31/2020 | 2019 | 2018 |
|---|---:|---:|---:|
| Telephone - Cable & Internet | 2,708 | 16,934 | 12,785 |
| Telephone - Mobile | 1,955 | 3,400 | 3,927 |
| Postage / Courier | 795 | 1,462 | 2,142 |
| Office Supplies and Printing | 581 | 21,443 | 30,493 |
| Payroll Processing | | 10,226 | 10,438 |
| Computer Expenses | | 8,819 | 3,265 |
| IT Support | 30,472 | 56,662 | 62,604 |
| Software Expenses | 2,701 | 17,376 | 8,428 |
| Showroom Expenses | 2,620 | 22,806 | 46,767 |
| Store Supplies | 928 | (105) | 72 |
| Warehouse Expense | 14,637 | - | - |
| Small Tools & Equipment | - | 5,094 | 852 |
| Equipment Rental | 13 | 343 | 2,496 |
| Office Expense | 10,846 | 28,877 | 5,586 |
| Outside Services | - | 2,127 | - |
| Workers Comp Insurance | | 24,694 | 45,407 |
| Health Insurance | 44,010 | 88,340 | 91,600 |
| Auto Insurance | | - | 1,401 |
| Life Insurance | | 314 | 6,125 |
| General Insurance | 10,146 | 36,067 | 13,599 |
| Pension 401(K) | 8,563 | 16,818 | 27,927 |
| Travel - Air Tran | | 2,273 | 6,660 |
| Travel - Lodging | | 12,356 | 55,796 |
| Travel - Meals & Entertainment | | 3,326 | 26,545 |
| Miscellaneous Admin Expenses | | 1,251 | 679 |
| Meals & Entertainment - Employee Relations | | 8,001 | 4,566 |
| Parking | 9 | 113 | 196 |
| Auto Expenses | 7,302 | 12,539 | 6,983 |
| Boat Repairs | 60 | 3 | 5,375 |
| Dues and Subscriptions | 8,459 | 12,055 | 14,040 |
| Bank Service Charges | 7,758 | 3,674 | 458 |
| Svc - Late Fees - Penalties - Fines | | 9,898 | 7,431 |
| Bad Debts | 17 | 2,680 | 4,718 |
| Licenses | | 3,026 | 624 |
| Royalties on Sales | 9,344 | 158,375 | 186,693 |
| Franchise Fees | 11,432 | 2,996 | - |
| Employee Training/Conferences | 300 | 7,369 | 5,516 |
| Accounting Services | 6,750 | 41,351 | 20,334 |
| Legal Fees | 22,787 | 612 | 20,026 |
| Professional Fess / Services | 202,371 | 83,133 | 10,672 |
| Use Tax Expense | | 165 | 1,561 |
| Cash (Over)/Short | | (1) | 215 |
| General and Administrative | 407,564 | 726,895 | 755,002 |

PS of Denver, Inc. 
DBA ProSource of Denver, Inc.

**Detailed Income Statement**
For the Year Ending Dec 31, 2019

| | YTD 8/31/2020 | 2019 | 2018 |
|---|---:|---:|---:|
| Miscellaneous Expense | 1,000 | 19,791 | - |
| Claims in Process | | 18,101 | 1,715 |
| Cost of Claims | | 12,678 | 20,770 |
| Customer Appreciation | 20 | 864 | 420 |
| Mill Over/Under | | (10) | 4,856 |
| HR and Recruiting | 113 | 391 | - |
| Interest Expense - Other | 3,885 | 4,692 | 726 |
| Interest Expense - Bank Loans | 45,000 | 389,472 | 533,164 |
| Miscellaneous and Interest Expense | 50,018 | 445,979 | 561,651 |
| **Total Expenses** | **1,452,032** | **3,318,669** | **3,983,556** |
| **Gross Income** | **(182,730)** | **98,427** | **(228,613)** |
| Finance Charge Income | - | (260) | - |
| Discounts Earned | 179 | 3,499 | 5,739 |
| Rebates | (6,653) | 27,507 | 40,390 |
| Rebates - National Co-Op | | 76,388 | 263,686 |
| Miscellaneous Income | | 6,185 | 6,440 |
| Miscellaneous Income | (6,474) | 113,318 | 316,255 |
| **Net Income Before Taxes** | **(189,204)** | **211,745** | **87,642** |

**Not Reconciled and Not Audited**