**Fill in this information to identify the case:**

Debtor name **PS Of Denver, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **20-16375**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Brandon M. Malick**<br>**1402 Race Street, #408**<br>**Denver, CO 80206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$478.33** | **$478.33** |
|  | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Celynn A McCarthy**<br>**2500 King Street**<br>**Denver, CO 80211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,261.82** | **$1,261.82** |
|  | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,600.00 | $13,600.00 |
|---|---|---|---|---|

**Chris Holder**
**15555 Gadeseden Drive**
**Brighton, CO 80603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157,612.34 | $157,612.34 |
|---|---|---|---|---|

**City of Denver**
**201 W. Colfax Ave.**
**Dept 1009**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **0035**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,788.00 | $8,788.00 |
|---|---|---|---|---|

**City of Denver**
**201 W. Colfax Ave.**
**Dept 405**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Property Tax**

Last 4 digits of account number **7000**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.75 | $48.75 |
|---|---|---|---|---|

**City of Denver**
**201 W. Colfax Ave.**
**Dept 1009**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**OPT**

Last 4 digits of account number **0040**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,742.74 | $76,742.74 |
|---|---|---|---|---|

**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **Sales Tax** |

Last 4 digits of account number **0005**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Sales Tax Audit, no final determination** |

Last 4 digits of account number **0005**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $248.00 |
|---|---|---|---|---|

**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **SIT Withholding** |

Last 4 digits of account number **8720**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.51 | $44.51 |
|---|---|---|---|---|

**Colorado Dept. of Labor &**
**Employment**
**633 17th Street, Suite 201**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2020** | **State Unemployment Tax** |

Last 4 digits of account number **9007**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,502.25 | $1,502.25 |
|---|---|---|---|---|
| | **Harry R. Polk**<br>**2594 S. Eagle Circle**<br>**Aurora, CO 80014** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,691.41 | $1,691.41 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**FICA and FUTA Withholding** | | |
| | Last 4 digits of account number **2969**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.53 | $684.53 |
|---|---|---|---|---|
| | **Phillip V. Evola**<br>**1935 N. Logan St., Apt 606**<br>**Denver, CO 80203** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **Rebekah E. Hoover**<br>**11450 E. Peakview Avenue**<br>**Centennial, CO 80111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**ACCOUNTEMPS**
**PO BOX 743295**
**LOS ANGLES, CA 90074-3295**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Temporary Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$55,396.70**

---

**3.2** | Nonpriority creditor's name and mailing address

**ACCU-CUT SUPPORT, LLC**
**28114 C.R. 561**
**TAVARES, FL 32778**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$324.88**

---

**3.3** | Nonpriority creditor's name and mailing address

**AFLAC**
**1932 WYNNTON ROAD**
**COLUMBUS, GA 31993-8601**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Disability Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

**$432.64**

---

**3.4** | Nonpriority creditor's name and mailing address

**AIM PRINT & MAILING SERVICES**
**8200 S QUEBEC STREET**
**A3-411**
**CENTENNIAL, CO 80112**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Print and Mailing Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,865.64**

---

**3.5** | Nonpriority creditor's name and mailing address

**ALAN & BROOKS BUILDERS, LLC**
**2810 W 8TH AVENUE**
**DENVER, CO 80204**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,569.35**

---

**3.6** | Nonpriority creditor's name and mailing address

**AM&C**
**P.O. BOX 110908**
**AURORA, CO 80042**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$275.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**AMEROCK**
**PO BOX 603029**
**CHARLOTTE, NC 28260**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$139.67**

---

Debtor  **PS Of Denver, Inc.**                                        Case number (if known)  **20-16375**
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |

**3.8** Nonpriority creditor's name and mailing address
**ARTISAN HARDWOOD**
**12250 E. 4th Street Ste. B,**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$138.00**

---

**3.9** Nonpriority creditor's name and mailing address
**ARTISTIC FINISHES, INC**
**2224 TERMINAL RD**
**ROSEVILLE, MN 55113**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$408.92**

---

**3.10** Nonpriority creditor's name and mailing address
**AUSTIN HARDWOODS INC**
**975 W. MISSISSIPPI AVE**
**DENVER, CO 80223**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☐ No  ☐ Yes

**$1,944.22**

---

**3.11** Nonpriority creditor's name and mailing address
**BAROQUE FLOORING**
**120 N INDUSTRIAL BLVD NE**
**CALHOUN, GA 30701**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$22.58**

---

**3.12** Nonpriority creditor's name and mailing address
**BEDROSIANS**
**4460 W SHAW AVE**
**FRESNO, CA 93722**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$59,790.35**

---

**3.13** Nonpriority creditor's name and mailing address
**BENSON'S ROLLOFF SERVICES LLC**
**6885 LOWELL BLVD**
**DENVER, CO 80221**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rolloff Services**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,303.97**

---

**3.14** Nonpriority creditor's name and mailing address
**BLUE SPRUCE CONCEPTS, INC.**
**4384 S FEDERAL BLVD.**
**ENGLEWOOD, CO 80110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$178.60**

---

Debtor **PS Of Denver, Inc.**
_____
Name

Case number (if known)   **20-16375**

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Bradley Olsen**
**13670 E. Evans Avenue**
**Aurora, CO 80014**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods paid for but not received.**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,127.14**

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**Brett Martin**
**730 S. Jason, #18**
**Denver, CO 80223**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder Loans**

Is the claim subject to offset? ■ No  ☐ Yes

**$414,873.00**

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**CALI BAMBOO**
**6675 Mesa Ridge Rd**
**#100**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,857.73**

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**CARTWRIGHT DISTRIBUTING, INC.**
**4851 KINGSTON ST.**
**DENVER, CO 80239**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$14,657.61**

---

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Chad Oxman**
**210 Clayton Street, Ste. 1**
**Denver, CO 80206**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,016.51**

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**CHRISTOPHER GRACY (001380)**
**15128 EAST JEFFERSON PLACE**
**AURORA, CO 80014**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**CINTAS**
**PO BOX 650838**
**DALLAS, TX 00065-0838**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,037.54**

---

Debtor    **PS Of Denver, Inc.**    Case number (if known)    **20-16375**

Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.36 |
|---|---|---|---|

**CINTAS JANITORIAL**
**P.P BOX 88005**
**CHICAGO, IL. 60680-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Janitorial Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,440.75 |
|---|---|---|---|

**CITIZENS CARPET SERVICE (000123)**
**4741 MOLINE**
**DENVER, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**COLORADO SECURITY PRODUCTS, INC.**
**(001153**
**11805 W. COLFAX AVE**
**LAKEWOOD, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.24 |
|---|---|---|---|

**COMCAST TRUNK (050153)**
**PO BOX 37601**
**PHILADELPHIA, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,025.00 |
|---|---|---|---|

**CORVUS OF DENVER**
**825 E SPEER BLVD STE 100-E**
**DENVER, CO 80218**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,603.54 |
|---|---|---|---|

**CROSSVILLE TILE & STONE INC**
**PO BOX 3546**
**CROSSVILLE, TN 38557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,275.00 |
|---|---|---|---|

**CROWE HORWAT**
**PO BOX 71570**
**CHICAGO, IL 60694-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **PS Of Denver, Inc.**
_____
Name

Case number (if known)   **20-16375**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CROWN CABINETS - OLYMPIA SALES (050206)**
**1537 SOUTH 700 WEST**
**SALT LAKE CITY, UTAH 84104-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,692.84 |

**DALTILE**
**PO BOX 209058**
**DALLAS, TX 75320-9058**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DALTON CARPET MART**
**PO BOX 1412**
**3010 N DUG GAP RD**
**DALTON, GA 30722**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,362.49 |

**DARANT DISTRIBUTING CORPORATION (000133)**
**1832 E. 68TH AVE**
**DENVER, CO 80229**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.25 |

**DELIVERY BY DESIGN, LLC**
**6260 WASHINGTON ST. UNIT 1**
**DENVER, CO 80216**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,820.27 |

**DENVER HARDWOOD**
**1150 E 58TH AVENUE**
**DENVER, CO 80216**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.24 |

**DENVER PROPANE EXCHANGE, LLC**
**PO BOX 807**
**COMMERCE CITY, CO 80037**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.64 |
|---|---|---|---|

**DESIGN PERSPECTIVES LLC**
**4715 SHADYWOOD LANE**
**COLLEYVILLE, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,646.56 |
|---|---|---|---|

**DIXIE GROUP (381028)**
**P.O. BOX 842980**
**BOSTON, MA 02284-2980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,761.41 |
|---|---|---|---|

**DUCHATEAU**
**8480 MIRALANI DRIVE**
**SAN DIEGO, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.40 |
|---|---|---|---|

**E-470 PUBLIC HIGHWAY AUTHORITY**
**PO BOX 5470**
**DENVER, CO 80217-5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __HOV__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.65 |
|---|---|---|---|

**E-470 PUBLIC HIGHWAY AUTHORITY**
**GOPASS**
**3701 NORTHWEST PARKWAY**
**BROOMFIELD, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __GoPass__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.10 |
|---|---|---|---|

**E-470 PUBLIC HIGHWAY AUTHORITY**
**NORTHWEST**
**3701 NORTHWEST PARKWAY**
**BROOMFIELD, CO 80023-9479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __HOV__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,549.76 |
|---|---|---|---|

**E.J. WELCH CO., INC.**
**13735 LAKESIDE DRIVE**
**EARTH CITY, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor  **PS Of Denver, Inc.**                                        Case number (if known)  **20-16375**
_____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,069.69 |
|------|---|---|---|

**EDGEBANDING SERVICES, INC. (005708)**
CUST# PRO86
5977 N BROADWAY AVE
DENVER, CO. 80216-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|------|---|---|---|

**Ellen McDonough**
147 Wood Road
Snowmass, CO 81654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Goods purchased.**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,288.24 |
|------|---|---|---|

**EMPIRE RESTORATION LLC (000924)**
1813 E 98TH PL
THORNTON, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,946.14 |
|------|---|---|---|

**EMSER TILE LLC**
8431 SANTA MONICA BLVD
LOS ANGELES, CA 90069-4209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,021.33 |
|------|---|---|---|

**ENGINEERED FLOORS LLC**
PO BOX 2207
DALTON, GA 30722

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.93 |
|------|---|---|---|

**F-T CARPET**
TOM HARMON
1353 WOLFF ST
DENVER, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.81 |
|------|---|---|---|

**FASTENERS, INC. (005792)**
1895 W. DARTMOUTH AVE.
DENVER, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **PS Of Denver, Inc.** | | Case number (if known) | **20-16375** |
|---|---|---|---|---|
| | Name | | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,512.67**

**FLORIDA TILE INC**
**12330 E. 46TH AVE. #200**
**DENVER, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.10**

**FORBO FLOORING INC**
**PO BOX 60559**
**Charlotte, NC 28260-0559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,969.02**

**Fox Capital Group**
**1920 E. Hallandale Beach Blvd, Ste. 503**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Business Funding**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,324.76**

**Fox Capital Group**
**1920 E. Hallandale Beach Blvd., Ste. 503**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Business Funding**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$269.96**

**GET BALLOONED (005494)**
**MICHELLE SMITH**
**3320 W IOWA AVE**
**DENVER, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.56**

**GHP INVESTMENT ADVISORS, INC.**
**1801 CALIFORNIA STREET**
**SUITE 2200**
**DENVER, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Investment Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,533.13**

**GLAZZIO TILES**
**10101 FOSTER AVENUE**
**BROOKLYN, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.94** |
|---|---|---|---|

**GLENROCK DISTRIBUTING (005615)**
**16358 EAST 33RD DRIVE**
**BUILDING 6 SUITE 15**
**AURORA, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.67** |
|---|---|---|---|

**GRAINGER (000207)**
**P O BOX 419267**
**KANSAS CITY, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,308.14** |
|---|---|---|---|

**HAPPY FEET INTERNATIONAL**
**529 ROLLINS IND. BLVD**
**RINGGOLD, GA 30736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,257.05** |
|---|---|---|---|

**HAPPY FLOORS**
**PO BOX 740463**
**ATLANTA, GA 30374-0463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,945.11** |
|---|---|---|---|

**INTERFACE AMERICAS, INC**
**C/O INTERFACE FLOR, LLC**
**ORCHARD HILL ROAD PO BOX 1503**
**LAGRANGE, GA 30241-1503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,655.00** |
|---|---|---|---|

**ISOGENT PARTNERS, LLC**
**16660 DALLAS PARKWAY**
**#2600**
**DALLAS, TX 75048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,339.83** |
|---|---|---|---|

**Jim Gandomcar**
**2495 W. Hampden Ave.**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | PS Of Denver, Inc. | | Case number (if known) | 20-16375 |
|---|---|---|---|---|
| | Name | | | |

---

**3.64** | Nonpriority creditor's name and mailing address

**JSI CABINETRY**
**485 COMMERCE DRIVE**
**FALL RIVER, MA 02720**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt (-$5,689.30 credit)**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.65** | Nonpriority creditor's name and mailing address

**KARNDEAN DESIGN FLOORING**
**1100 PONTIAC COURT**
**EXPORT, PA 15632**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$9,390.90**

---

**3.66** | Nonpriority creditor's name and mailing address

**KRAUS FLOORING**
**PO BOX 204524**
**DALLAS, TX 75320-4524**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$14,087.76**

---

**3.67** | Nonpriority creditor's name and mailing address

**LATHROP & GAGE LAW OFFICES (003180)**
**2345 GRAND BOULEVARD**
**KANSAS CITY, MO 64108-2612**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ☒ No ☐ Yes

**$792.50**

---

**3.68** | Nonpriority creditor's name and mailing address

**Laura Driver**
**c/o Carver Law, LLC**
**600 Seventeenth St., Suite 2800-S**
**Denver, CO 80202**

Date(s) debt was incurred **March 2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Claims**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.69** | Nonpriority creditor's name and mailing address

**LEXMARK CARPET MILLS - BBT**
**C/O BANK OF AMERICA**
**PO BOX 743737**
**ATLANTA, GA 30374-3737**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$27,388.80**

---

**3.70** | Nonpriority creditor's name and mailing address

**LG HAUSYS AMERICA, INC.**
**900 CIRCLE 75 PARKWAY SE**
**ATLANTA, GA 30339**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,527.00**

---

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,135.43** |
|---|---|---|---|

**M S INTERNATIONAL, INC. (001944)**
**2095 N. BATAVIA ST.**
**ORANGE, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,817.00** |
|---|---|---|---|

**MARAZZI TILE & STONE**
**PO BOX 731378**
**DALLAS, TX 75373-1378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,476.63** |
|---|---|---|---|

**MASTERBRAND CABINETS INC**
**7634 SOLUTION CENTER**
**CHICAGO, IL 60677-7006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,274.84** |
|---|---|---|---|

**MATHEWS & PARLO**
**196 BELWOOD RD SE**
**CALHOUN, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,878.71** |
|---|---|---|---|

**METROPOLITAN HARDWOOD FLOORS**
**(005453)**
**8106 S. 216TH ST**
**KENT, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,581.62** |
|---|---|---|---|

**MIDWEST FLOOR COVERINGS INC (004122)**
**PO BOX 65768**
**SALT LAKE CITY, UT 84165-0768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,526.11** |
|---|---|---|---|

**MILLIKEN&CO**
**P. O. BOX 843234**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$221,233.84** |
|---|---|---|---|

**MOHAWK INDUSTRIES**
PO BOX 12069 S IND BLVD
CALHOUN, GA 30701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,804.74** |
|---|---|---|---|

**MOUNTAIN TRADE SUPPLY (000256)**
5750 LOGAN STREET
DENVER, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,389.60** |
|---|---|---|---|

**NOURISON INDUSTRIES, INC**
PO BOX 35651
NEWARK, NJ 07193-5651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$985.00** |
|---|---|---|---|

**PENTAL GRANITE AND MARBLE**
3900A INDUSTRY DRIVE E
FIFE, WA 98424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trde Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,613.79** |
|---|---|---|---|

**PETRASLATE TILE & STONE (001986)**
4355 MONACO ST UNIT B
DENVER CO 80216, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,605.01** |
|---|---|---|---|

**PHENIX (005865)**
PO BOX 741953
ATLANTA, GA 30374-1953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186.70** |
|---|---|---|---|

**PINNACLE CARPET TRANSPORT (004150)**
PO BOX 39024
DENVER, CO 80239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PS Of Denver, Inc.**

Name

Case number (if known) **20-16375**

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**PITNEY BOWES (000373)**<br>**PO BOX 371896**<br>**PITTSBURGH, PA 15250-7896** | **As of the petition filing date, the claim is:** Check all that apply.  **$141.99** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Postage**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**PODS ENTERPRISE LLC**<br>**PO BOX 791003**<br>**BALTIMORE, MD 21279-1003** | **As of the petition filing date, the claim is:** Check all that apply.  **$3,194.35** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**PROSOURCE WHOLESALE (EARTH CITY)**<br>**4301 EARTH CITY EXPRESSWAY**<br>**EARTH CITY, MO 63045** | **As of the petition filing date, the claim is:** Check all that apply.  **$82,601.74** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**QEP**<br>**1001 BROKEN SOUND PKWY NW**<br>**SUITE A & B**<br>**BOCA RATON, FL 33487** | **As of the petition filing date, the claim is:** Check all that apply.  **$189.00** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**QUEEN SALES (000340)**<br>**4701 MOLINE ST**<br>**PO BOX 39102**<br>**DENVER, CO 80239** | **As of the petition filing date, the claim is:** Check all that apply.  **$3,455.00** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**ROCKY MOUNTAIN BOTTLED WATER**<br>**7502 SOUTH GRANT STREET**<br>**LITTLETON, CO 80122-2615** | **As of the petition filing date, the claim is:** Check all that apply.  **$88.30** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Office**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**ROCKY MOUNTAIN EXPRESS DELIVERIES**<br>**3370 BOULDER CIRCLE**<br>**UNIT 201**<br>**BROOMFIELD, CO 80023** | **As of the petition filing date, the claim is:** Check all that apply.  **$2,064.50** |

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Delivery Service**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | PS Of Denver, Inc. | Case number (if known) | 20-16375 |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,917.75 |
|---|---|---|---|

**Rocky Mountain Tech Team**
**2347 Curtis Street**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **IT Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.43 |
|---|---|---|---|

**SECOM INC**
**PO BOX 357**
**LA JUNTA, CO 81050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.46 |
|---|---|---|---|

**SERVICE UNIFORM RENTAL**
**2580 S RARITAN ST**
**ENGLEWOOD, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Uniform Rental**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403,486.24 |
|---|---|---|---|

**SHAW INDUSTRIES**
**P.O. BOX 100775**
**ATLANTA, GA 30384-0775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**SHAW INDUSTRIES**
**P.O. BOX 100775**
**ATLANTA, GA 30384-0775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.70 |
|---|---|---|---|

**SHOWER CONCEPTS**
**1165 SOUTH HURON ST**
**DENVER, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,549.77 |
|---|---|---|---|

**SLCC FLOORING MIDWEST LLC**
**1800 DIPLOMAT DRIVE**
**SUITE 200**
**FARMERS BRANCH, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **PS Of Denver, Inc.** | Case number (if known) | **20-16375** |
|---|---|---|---|
| | Name | | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$249.00** |
|---|---|---|---|

**SMALLEY & COMPANY (001790)**
**PO BOX 910217**
**DENVER, CO 80291-0217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$216.56** |
|---|---|---|---|

**SOCI**
**718 S GREENVILLE AVE**
**SUITE 190**
**ALLEN TX, TX 75002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$862.26** |
|---|---|---|---|

**SOLISTONE (002928)**
**8336 MELROSE AVE**
**LOS ANGELES, CA. 90069-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,631.80** |
|---|---|---|---|

**SOUTHWIND CARPET MILLS (000790)**
**P O BOX 3577**
**DALTON, GA 30719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,180.22** |
|---|---|---|---|

**STANTON CARPET CORPORATION (000168)**
**PO BOX 842352**
**BOSTON, MA 02284-2352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Stephanie Martin**
**5782 S. Benton Way**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Shareholder Loan**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STEVEN J MANZANARES**
**ALTITUDE CONSTRUCTION**
**6844 W CORNELL AVE**
**DENVER, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  __**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **PS Of Denver, Inc.**
      Name

Case number (if known)   **20-16375**

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |
| | **STEVEN LUBER CUSTOM HOMES LLC (001141)**<br>**24572 E. EASTER PL**<br>**AURORA, CO 80016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$11,008.00** |
| | **STONE COLLECTION , THE**<br>**4210 CARSON ST. STE 101**<br>**DENVER, CO 80239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$5,883.22** |
| | **SUMMIT FLOORING SUPPLY, LLC**<br>**PO BOX 873587**<br>**KANSAS CITY, MO 64187-3587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$6,963.87** |
| | **SURFACE ART, INC.**<br>**P.O. BOX 34108**<br>**SEATTLE, WA 98124-1108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$7,525.83** |
| | **Taurus Builders**<br>**6145 Broadway, #18**<br>**Denver, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$150.00** |
| | **THE ENDLESS ADVANTAGE, INC. (003742)**<br>**10940 S PARKER ROAD**<br>**STE 307**<br>**PARKER, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |
| | **THE MASTER'S CRAFT FLOORING**<br>**90 RIO GRANDE BLVD**<br>**DENVER, CO 80223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:  Trade Debt (-$1,599.44 Credit)** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **PS Of Denver, Inc.** | | Case number (if known) | **20-16375** |
|---|---|---|---|---|
| | Name | | | |

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,877.01**

**TINGLE WHOLESALE DISTRIBUTORS (000170)**
P.O. BOX 871674
KANSAS CITY, MO 64187-1674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,895.16**

**TSYS Merchant Solutions, LLC**
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Merchant Account Chargebacks**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$282.29**

**UNIQUE BUILDING CONCEPTS**
2514 E MOHAWK LANE
SUITE 101
PHOENIX, AZ 85050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,717.66**

**UNIQUE CARPETS, LTD.**
7360 JURUPA AVENUE
RIVERSIDE, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,892.46**

**UNITED HEALTHCARE SERVICES (002040)**
PO BOX 94017
PALANTINE, IL 60094-4017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Medical Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.73**

**UNITED SUPPLY (005722)**
555 S. JASON ST.
DENVER, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$864.00**

**URIBE, OMAR VITE**
14224 E TENNESSEE AVE
AURORA, CO 80012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **PS Of Denver, Inc.**
_____   Case number (if known)   **20-16375**
           Name

| | |
|---|---|
| **3.120** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.120**

**Nonpriority creditor's name and mailing address**

**VERSATRIM**
**101 EASTERN MINERALS ROAD**
**HENDERSON, NC 27537**

As of the petition filing date, the claim is: _Check all that apply._   **$275.67**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**

**VISION SERVICE PLAN (003869)**
**PO BOX 742788**
**LOS ANGLES, CA 90074**

As of the petition filing date, the claim is: _Check all that apply._   **$232.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Vision Insurance**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122**

**Nonpriority creditor's name and mailing address**

**VSP**
**PO BOX 742788**
**LOS ANGELES, CA 90074**

As of the petition filing date, the claim is: _Check all that apply._   **$201.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Vision Insurance**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123**

**Nonpriority creditor's name and mailing address**

**WARD PACIFICA DENVER (000648)**
**C/O MICHAEL BLOOM REALTY CO.**
**P.O. BOX 460889**
**DENVER, CO 80246**

As of the petition filing date, the claim is: _Check all that apply._   **$300,115.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Commercial Lease**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**

**WASTE MANAGEMENT (000303)**
**PO BOX 78251**
**PHOENIX, AZ 85062**

As of the petition filing date, the claim is: _Check all that apply._   **$769.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trash Service**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125**

**Nonpriority creditor's name and mailing address**

**WAYPOINT LIVING SPACES**
**PO BOX 535292**
**ATLANTA, GA 30353-5292**

As of the petition filing date, the claim is: _Check all that apply._   **$17,872.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126**

**Nonpriority creditor's name and mailing address**

**WELCH EQUIPMENT COMPANY, INC.**
**(001282)**
**PO BOX 22056**
**TEMPE, AZ 85285-2056**

As of the petition filing date, the claim is: _Check all that apply._   **$232.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **PS Of Denver, Inc.** | | Case number (if known) | **20-16375** |
| | Name | | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,873.94 |
|---|---|---|---|

**WESTERN MATERIAL HANDLING**
**753 FEDERAL BLVD**
**DENVER, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,664.67 |
|---|---|---|---|

**WOODLAND CABINETRY (005784)**
**2415 SD HIGHWAY 10**
**SISSETON, SD 57262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,608.95 |
|---|---|---|---|

**XCEL ENERGY (000251)**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0251**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.66 |
|---|---|---|---|

**XCEL ENERGY ACCT #3116388**
**P.O. BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6388**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,794.05 |
|---|---|---|---|

**XCEL ENERGY ACCT# 1894227**
**P.O. BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **4227**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,853.06 |
|---|---|---|---|

**XPRESS GLOBAL SYSTEMS (003054)**
**P.O. BOX 842234**
**BOSTON, MA 02284-2234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.01 |
|---|---|---|---|

**Z POE HOME IMPROVEMENT LLC**
**19484 SILVER RANCH RD**
**CONIFER, CO 80433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **PS Of Denver, Inc.** | | Case number (if known) | **20-16375** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Law Office of Jack R. Creel & Associates**<br>**P.O. Box 801083**<br>**Houston, TX 77280** | Line  **3.61**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  262,702.68 |
| **5b. Total claims from Part 2** | 5b.  + | $  2,801,120.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  3,063,823.16 |