# United States Bankruptcy Court
### District of Colorado

In re **PS Of Denver, Inc.** Case No. **20-16375**
Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brett Martin**<br>5782 S. Benton Way<br>Littleton, CO 80123 | | | 51% |
| **Stephanie Martin**<br>5782 S. Benton Way<br>Littleton, CO 80123 | | | 49% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 4, 2020** Signature **/s/ Brett C. Martin**
**Brett C. Martin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.