| Fill in this information to identify the case: | |
|---|---|
| Debtor Name __PS of Denver, Inc.__ | |
| United States Bankruptcy Court for the: District of Colorado | |
| Case number: __20-16375__ | ☐ Check if this is an amended filing |

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __9/25/2020-10/31/2020__          Date report filed: __11/19/2020__
                                                                  MM / DD / YYYY

Line of business: __Flooring__          NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Brett Martin

Original signature of responsible party   _[signature]_

Printed name of responsible party      Brett Martin

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  PS of Denver, Inc.                                    Case number  20-16375

17. Have you paid any bills you owed before you filed bankruptcy?                ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                              $          0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                    $  71,128.79

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                               – $  63,756.34

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $   7,372.45

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $   7,372.45

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                     $  27,862.99
    *(Exhibit E)*

Debtor Name __PS of Denver, Inc._____     Case number __20-16375_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                           $ _____0.06

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              6

27. What is the number of employees as of the date of this monthly report?                 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ ___5,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ ___25,000.00

30. How much have you paid this month in other professional fees?                                $ ___4,010.00

31. How much have you paid in total other professional fees since filing the case?               $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ ____0.00 | − | $ 71,128.79 | = | $ 71,128.79 |
| 33. **Cash disbursements** | $ ____0.00 | − | $ 63,756.34 | = | $ 63,756.34 |
| 34. **Net cash flow** | $ ____0.00 | − | $ 7,372.45 | = | $ 7,372.45 |

35. Total projected cash receipts for the next month:                        $ 100,000.00

36. Total projected cash disbursements for the next month:                  - $ 75,000.00

37. Total projected net cash flow for the next month:                       = $ 25,000.00

Debtor Name  PS of Denver, Inc. _____     Case number 20-16375 _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

## Monthly Deposits

| Date | Customer | Check Amount | Deposit Total |
|---|---|---|---|
| 10/1/2020 | merch cc | $ 100.00 | $ 100.00 |
| 10/1/2020 | merch cc | $ 511.20 | $ 511.20 |
| 10/7/2020 | merch cc | $ 3,619.20 | $ 3,619.20 |
| 10/7/2020 | merch cc | $ 5,976.91 | $ 5,976.91 |
| 10/7/2020 | merch cc | $ 8,000.00 | $ 8,000.00 |
| 10/7/2020 | merch cc | $ 16,456.35 | $ 16,456.35 |
| **Total** | | $ 34,663.66 | $ 34,663.66 |

## Outstanding Checks

| Check # | Amount | Vendor |
|---|---|---|
| | $ - | |
| **Total** | $ - | |

## Cleared Checks

| Check # | Amount | Vendor |
|---|---|---|
| 1015 | $ 260.00 | Mark Mariani Warehouse Help |
| 10/9/2020 | $ 25,000.00 | Transfr to 2987 |
| 10/15/2020 | $ 500.00 | Merchant Account |
| 10/16/2020 | $ 500.00 | Merchant Account |
| 10/17/2020 | $ 500.00 | Merchant Account |
| 10/18/2020 | $ 500.00 | Merchant Account |
| 10/19/2020 | $ 500.00 | Merchant Account |
| 10/20/2020 | $ 500.00 | Merchant Account |
| 10/21/2020 | $ 500.00 | Merchant Account |
| 10/22/2020 | $ 500.00 | Merchant Account |
| 10/23/2020 | $ 500.00 | Merchant Account |
| 10/24/2020 | $ 500.00 | Merchant Account |
| **Total** | $ 30,260.00 | |

## 10/31/2020 Merchant Account 3266

### Cash Summary

| | |
|---|---|
| Month End Balance Per Statement | $ - |
| Monthly Deposits | $ 34,663.66 |
| Deposit in Transit | $ - |
| Cleared Checks | $ (30,260.00) |
| Outstanding Checks | $ - |
| **Book Balance** | $ 4,403.66 |

### Bank Balance to Book Reconciliation

| | |
|---|---|
| Book Balance | $ 4,403.66 |
| Outstanding Checks | $ - |
| Deposits in transit | $ - |
| **Current Cash Balance** | $ 4,403.66 |

### Deposits in Transit

| Vendor | Amount |
|---|---|
| | |
| **Total** | $ - |

### Cross Check

| | |
|---|---|
| Current Balance per Bank | $ 4,403.66 |
| Current Balance per This Sheet | $ 4,403.66 |
| Difference | $ - |

| # | Question | Amount on books | What is amount due at 12.31.19 | Reason No Answer |
|---|----------|-----------------|-------------------------------|------------------|
| 1 | are you certain we have all the credit cards entered? | | | |
| 2 | Accounts receivable -coop | 57,290.00 | | |
| 3 | What is Accounts receivable other | $64,155.79?? | | |
| 4 | What is amount of sales tax due | $484,584.80?? | | |
| 5 | LOC other balance? | $200,000 ?? | | |
| 6 | LOC US Bank | $350,000 ??? | | |
| 7 | EBF Partners Loan | $171,755.00 ?? | 18,468.03 | |
| 8 | Mohawk Loan | 79,589.67 | 0 due- paid in full since April | |
| 9 | Shaw Loan | 196,847.45 | | online look up |
| 10 | Tri west loan/ The Kaplan Group | (2,684.56) | | only release to attorney |
| 11 | SBA Loan- First Bank | 1,435,642.01 | | waiting to hear back |
| 12 | Commercial Loan | (6,234.56) | | only release to signer |
| 13 | Wells fargo equipment loan | (3,437.62) | | |
| 14 | 2017/2019 Chevy loan- Chase Auto | 55,685.79 | 49,686.31 | L/M w/ Emily |
| 15 | Delivery van loan- First National Bank | 16,552.94 | | |
| 16 | Hyster loan | (340.09) | | waiting to hear back |

Cash Flow Needs

| Invoice Date | Due Date | Vendor | Description | Amount Due |
|---|---|---|---|---|
| 10/12/2020 | 11/13/2020 | RF Barnes Customs Broker | Customs Broker for incoming shipment | $3,260.08 |
| 10/13/2020 | COD | Crossville Studios -cg002157 | Customer Product | $2,343.87 |
| 10/13/2020 | COD | Atlas - cg002187 | Customer Product | $977.60 |
| 10/13/2020 | COD | Atlas - Sinaco | Customer Product | $597.78 |
| 10/13/2020 | COD | Atlas - CG002168 | Customer Product | $2,862.63 |
| 10/16/2020 | 11/16/2020 | Isogent | CRM Software | $1,874.00 |
| 10/16/2020 | 11/16/2020 | Comcast | Cable Internet | $838.14 |
| 10/16/2020 | 11/16/2020 | Leonardi USA | Container Freight | $5,266.00 |
| 10/20/2020 | 11/20/2020 | Metro Locks | Locksmith | $323.00 |
| 10/17/2020 | 11/12/2020 | AT&T | Cell Phone | $564.01 |

Total $27,862.99

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

247     TRN          S        Y        ST01

Statement Number:
3266

Statement Period:
Oct 1, 2020
through
Oct 30, 2020

Page 1 of 3



000044089 01 AB 0.419 000638621547886 P Y
ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

☎                    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                    1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                   usbank.com

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

**Effective November 9, 2020** the **"Your Deposit Account Agreement"** booklet will include several updates and may affect your rights.

The main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections and sub sections, include:

- Throughout the document, references to the Federal Regulation D (governing savings and/or money market withdrawal limitations) have been removed, as they are no longer applicable.
- In section "Withdrawal Rights, Ownership of Account, and Beneficiary Designation", sub section "Joint Account - With Survivorship", clarification on ownership type.
- In the "Dormant Accounts and Escheat" and "Time Deposit" sections, clarification on the state permitted process and cost structure for escheatment.
- Update to section "Types of Transactions", sub section "Account Access at Automated Teller Machines" regarding: You may access your Home Equity Line of Credit or Personal Line of Credit for balance inquiries and making a payment to the respective line of credit at the ATM. Customers with a Debit or ATM card that have accessed a Home Equity Line of Credit or a Personal Line of Credit through the expanded code access feature, cash withdrawals/advances and transferring from the Home Equity Line of Credit or Personal Line of Credit is no longer allowed.

Starting November 9th, you may pick up a copy at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association                                              **Member FDIC**

**Account Number**    3266

### Account Summary

|                                   | # Items |    |           |                                    |    |
|-----------------------------------|---------|----|-----------|------------------------------------|----|
| Beginning Balance on Oct 1        |         | $  | 0.00      | Number of Days in Statement Period | 31 |
| Customer Deposits                 | 3       |    | 4,230.40  |                                    |    |
| Other Deposits                    | 3       |    | 30,433.26 |                                    |    |
| Other Withdrawals                 | 11      |    | 30,000.00-|                                    |    |
| Checks Paid                       | 1       |    | 260.00-   |                                    |    |
| **Ending Balance on Oct 31, 2020** | $      |    | **4,403.66** |                                 |    |

### Customer Deposits

| Number | Date   | Ref Number | Amount | Number | Date   | Ref Number | Amount   |
|--------|--------|------------|--------|--------|--------|------------|----------|
|        | Oct 1  | 8953240918 | 100.00 |        | Oct 30 | 9252929243 | 3,619.20 |
|        | Oct 30 | 9252696058 | 511.20 |        |        |            |          |



To balance your account and verify your transactions, please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.
2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.
3. Enter the ending balance shown on this statement.    $_____
4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____
5. Total lines 3 and 4.    $_____
6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____
7. Subtract line 6 from line 5. This is your balance.    $_____
8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.
9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.
10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

Tell us your name and account number.

Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the Rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
**What To Do If You Think You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

**Account information:** Your name and account number.

**Dollar Amount:** The dollar amount of the suspected error.

**Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

We cannot try to collect the amount in question, or report you as delinquent on that amount.

The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



EQUAL HOUSING
LENDER



US bank

BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:
3266
Statement Period:
Oct 1, 2020
through
Oct 30, 2020

Page 2 of 3



## U.S. BANK SILVER - BUSINESS CHECKING
U.S. Bank National Association

**(CONTINUED)**

### Customer Deposits (continued)

Account Number 1-036-8580-3266

| | Total Customer Deposits | $ | 4,230.40 |
|---|---|---|---|

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 7 | Real Time Payment Credit On 10/07/20 | From Merchant Services 042000013P1BRRRR00045481000 | $ | 5,976.91 |
| Oct 7 | Real Time Payment Credit On 10/07/20 | From Merchant Services 042000013P1BRRRR00045172999 | | 8,000.00 |
| Oct 7 | Real Time Payment Credit On 10/07/20 | From Merchant Services 042000013P1BRRRR00045172998 | | 16,456.35 |

| | Total Other Deposits | $ | 30,433.26 |
|---|---|---|---|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 9 | Branch Account Transfer | To Account 103685802987 | $ | 25,000.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624490Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624500Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624510Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624520Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624530Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624540Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624550Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624460Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624470Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |
| Oct 15 | Electronic Withdrawal REF=202880162624480Y00 | To ELAVON A591916822ACH  8036683533 | | 500.00- |

| | Total Other Withdrawals | $ | 30,000.00- |
|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 015 | Oct 27 | 8355704212 | 260.00 |

| | Conventional Checks Paid (1) | $ | 260.00- |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 1 | 100.00 | Oct 9 | 5,533.26 | Oct 27 | 273.26 |
| Oct 7 | 30,533.26 | Oct 15 | 533.26 | Oct 30 | 4,403.66 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: September 2020

| | | | |
|---|---|---|---|
| Account Number: | 1-036-8580-3266 | $ | 0.00 |
| Account Number: | 1-036-8571-6468 | $ | 0.00 |
| Analysis Service Charge assessed to | 1-036-8580-3266 | $ | 0.00 |



Account Number:
3266
Statement Period:
Oct 1, 2020
through
Oct 30, 2020

Page 3 of 3

# ANALYSIS SERVICE CHARGE DETAIL                                      (CONTINUED)

### Service Activity Detail for Account Number      6468

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 12 | | No Charge |
| Copy of Check/Deposit Ticket | 1 | | No Charge |
| Charge For Neg Coll Balance | 494.72 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-036-8571-6468 | | $ | 0.00 |

**USbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

247        TRN              S          Y        ST01

Account Number:
2987

Statement Period:
Oct 9, 2020
through
Oct 30, 2020

Page 1 of 2

000044120 01 AB 0.419 000638621547917 P Y
ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832



☎

**To Contact U.S. Bank**

*24-Hour Business Solutions:*

1-800-673-3555

**U.S. Bank accepts Relay Calls**

*Internet:*

usbank.com

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## INFORMATION YOU SHOULD KNOW

Effective November 9, 2020 the *"Your Deposit Account Agreement"* booklet will include several updates and may affect your rights.

The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections and sub sections, include:

- Throughout the document, references to the Federal Regulation D (governing savings and/or money market withdrawal limitations) have been removed, as they are no longer applicable.
- In section "Withdrawal Rights, Ownership of Account, and Beneficiary Designation", sub section "Joint Account - With Survivorship", clarification on ownership type.
- In the "Dormant Accounts and Escheat" and "Time Deposit" sections, clarification on the state permitted process and cost structure for escheatment.
- Update to section "Types of Transactions", sub section "Account Access at Automated Teller Machines" regarding: You may access your Home Equity Line of Credit or Personal Line of Credit for balance inquiries and making a payment to the respective line of credit at the ATM. Customers with a Debit or ATM card that have accessed a Home Equity Line of Credit or a Personal Line of Credit through the expanded card access feature, cash withdrawals/advances and transferring from the Home Equity Line of Credit or Personal Line of Credit is no longer allowed.

Starting November 9th, you may pick up a copy at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## U.S. BANK SILVER - BUSINESS CHECKING

U.S. Bank National Association

**Member FDIC**

**Account Summary**

Account Number

2987

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 9 | | $ | 0.00 | Number of Days in Statement Period |
| Customer Deposits | 4 | | 15,685.81 | 23 |
| Other Deposits | 1 | | 25,000.00 | |
| Other Withdrawals | 5 | | 10,420.68- | |
| Checks Paid | 10 | | 23,075.66- | |
| **Ending Balance on Oct 31, 2020** | | **$** | **7,189.47** | |

40,685.81

**Customer Deposits**

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Oct 15 | 8954028707 | 2,589.15 | | Oct 20 | 8355104325 | 6,875.98 |
| | Oct 15 | 8953254356 | 4,220.68 | | Oct 22 | 8954196471 | 2,000.00 |

U.S. National Association



DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:
2987

Statement Period:
Oct 9, 2020
through
Oct 30, 2020



Page 2 of 2

## U.S. BANK SILVER - BUSINESS CHECKING
.S. Bank National Association

(CONTINUED)

Customer Deposits (continued)                                Account Number        2987

| | | | | | |
|---|---|---|---|---|---|
| | | | Total Customer Deposits | $ | 15,685.81 |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 9 | Branch Account Transfer | From Account | 3266 | $ | 25,000.00 |
| | | | Total Other Deposits | $ | 25,000.00 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 16 | Mobile Banking Transfer | To Account | 0363 | $ | 2,000.00- |
| Oct 19 | Mobile Banking Transfer | To Account | 0363 | | 1,200.00- |
| Oct 19 | Deposited Item Returned | | | | 4,220.68- |
| Oct 22 | Customer Withdrawal | | 1000100148 | | 2,000.00- |
| Oct 28 | Mobile Banking Transfer | To Account | 8953369979 | | 1,000.00- |
| | | | | 0363 | |
| | | | Total Other Withdrawals | $ | 10,420.68- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 097 | Oct 9 | 9254372663 | 5,000.00 | 0109* | Oct 19 | 8054317333 | 1,100.00 |
| 098 | Oct 20 | 8356648221 | 1,262.92 | 0112* | Oct 23 | 9252622671 | 200.00 |
| 103* | Oct 14 | 8656278654 | 450.00 | 0113 | Oct 23 | 9252764122 | 1,000.00 |
| 104 | Oct 15 | 8953228930 | 1,000.00 | 0116* | Oct 27 | 8353733521 | 10,000.00 |
| 106* | Oct 21 | 8651557292 | 2,211.00 | 0119* | Oct 26 | 8054833635 | 851.74 |

* Gap in check sequence

Conventional Checks Paid (10)        $        23,075.66-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 9 | 20,000.00 | Oct 19 | 16,839.15 | Oct 23 | 19,041.21 |
| Oct 14 | 19,550.00 | Oct 20 | 22,452.21 | Oct 26 | 18,189.47 |
| Oct 15 | 25,359.83 | Oct 21 | 20,241.21 | Oct 27 | 8,189.47 |
| Oct 16 | 23,359.83 | Oct 22 | 20,241.21 | Oct 28 | 7,189.47 |

Balances only appear for days reflecting change.