Fill in this information to identify the case:

Debtor Name PS of Denver, Inc

United States Bankruptcy Court for the: District of Colorado

Case number: 20-16375

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: November 2020

Date report filed: 12/21/2020 MM / DD / YYYY

Line of business: Flooring

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Brett Martin

Original signature of responsible party [signature]

Printed name of responsible party Brett Martin

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name PS of Denver, Inc Case number 20-16375

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 11593.13

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 156672.49

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 131698.32

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 24974.17

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 36567.30

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 16198.82

*(Exhibit E)*

Debtor Name PS of Denver, Inc Case number 20-16375

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 6
27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 5000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 30000.
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 100000.00 | – | $ 156672.49 | = | $ 56672.49 |
| 33. **Cash disbursements** | $ 75000.00 | – | $ 131698.32 | = | $ 56698.32 |
| 34. **Net cash flow** | $ 25000.00 | – | $ 24974.71 | = | $ -25.29 |

35. Total projected cash receipts for the next month: $ 220000
36. Total projected cash disbursements for the next month: - $ 210000.00
37. Total projected net cash flow for the next month: = $ 10000.00

Debtor Name PS of Denver, Inc

Case number 20-16375

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C - Cash Receipts

DIP OPERATING ACCOUNT 2987

| Date | Customer | Check Amount | Deposit Total |
|---|---|---|---|
| 11/2/2020 | Trnsfr fror | $ 4,000.00 | **$ 4,000.00** |
| 11/2/2020 | Trnsfr fror | $ 25,000.00 | **$ 25,000.00** |
| 11/2/2020 | Sinaco | $ 1,200.00 | **$ 1,200.00** |
| 11/2/2020 | Schafer & ( | $ 647.74 | **$ 647.74** |
| 11/2/2020 | MLC Conti | $ 288.47 | **$ 288.47** |
| 11/4/2020 | Steve Dave | $ 721.51 | **$ 721.51** |
| 11/10/2020 | Robert Aug | $ 3,138.46 | **$ 3,138.46** |
| 11/10/2020 | BRC Real E: | $ 227.60 | **$ 227.60** |
| 11/17/2020 | 7th Ave LL( | $ 6,134.27 | **$ 6,134.27** |
| 11/18/2020 | Randy Daal | $ 5,265.79 | **$ 5,265.79** |
| 11/19/2020 | Trnsfr fror | $ 25,000.00 | **$ 25,000.00** |
| 11/20/2020 | Sweetmar | $ 3,311.68 | **$ 3,311.68** |
| 11/23/2020 | Aspen Con: | $ 4,338.10 | **$ 4,338.10** |
| 11/27/2020 | Trnsfr fror | $ 7,000.00 | **$ 7,000.00** |
| 11/27/2020 | Trnsfr fror | $ 10,000.00 | **$ 10,000.00** |
| | | **Total** | **$ 96,273.62** |

DIP Merchant Account 3266

| Date | Customer | Check Amount | Deposit Total |
|---|---|---|---|
| 11/2/2020 | merch cc | $ 1,800.00 | **$ 1,800.00** |
| 11/16/2020 | merch cc | $ 10,000.00 | **$ 10,000.00** |
| 11/18/2020 | merch cc | $ 1,000.00 | **$ 1,000.00** |
| 11/19/2020 | merch cc | $ 24,758.28 | **$ 24,758.28** |
| 11/20/2020 | merch cc | $ 5,713.19 | **$ 5,713.19** |
| 11/23/2020 | merch cc | $ 2,877.55 | **$ 2,877.55** |
| 11/27/2020 | merch cc | $ 14,249.85 | **$ 14,249.85** |
| | | **Total** | **$ 60,398.87** |

GRAND TOTAL $ 156,672.49

Exhibit D - Cash Disbursements

DIP OPERATING ACCOUNT 2987

| Check # | Amount | Vendor | Description |
|---|---|---|---|
| 11/2/2020 | $ 200.00 | Trnsfr to 90363 | Brett Martin ExpenseReimbursement - Warehouse Labor |
| 11/2/2020 | $ 432.00 | Trnsfr to 90363 | Brett Martin ExpenseReimbursement - Warehouse Labor Jack |
| 11/2/2020 | $ 500.41 | Trnsfr to 90363 | Brett Martin Expense Reimbursement Indeed listing |
| 104 | $ 1,800.00 | SA Flooring | COGS-Product |
| 11/3/2020 | $ 60.00 | NAT Pay | Remote Server |
| 103 | $ 2,000.00 | Daniel Chavez | Salesman mthly draw |
| 97 | $ 1,651.44 | Celynn MCCarthy | Payroll Final check |
| EFT | $ 930.23 | Google G Suite | Office Email Suite |
| 118 | $ 2,189.00 | Roger Raguse | Payroll Final check |
| 115 | $ 1,371.00 | Edward Galarza | Payroll Final check |
| 11/9/2020 | $ 2,500.00 | Trnsfr to 90363 | Brett Martin Pay/Income |
| 11/9/2020 | $ 1,018.02 | Xcel Energy | Utilities |
| 108 | $ 175.00 | Hugo Duran | Warehouse help |
| 109 | $ 480.15 | Daltile | COGS-Product |
| 11/10/2020 | $ 1,000.00 | Trnsfr to 90363 | Brett Martin |
| 11/10/2020 | $ 730.21 | Google | Google |
| 11/10/2020 | $ 5,100.00 | Pacific Solutions | Pacific Solutions New CRM |
| 105 | $ 2,153.00 | TGI | Warehouse/Showroom Demo |
| 11/12/2020 | $ 59.52 | NAT Pay | Remote Server |
| 11/12/2020 | $ 2,232.54 | NAT Pay | Remote Server |
| 11/12/2020 | $ 785.47 | NAT Pay | Remote Server |
| 11/12/2020 | $ 109.24 | Trnsfr to 90363 | Brett Martin Expense Reimbursement Indeed listing |
| 11/16/2020 | $ 10,000.00 | Trnsfr to 3266 | Trnsfr to cover rent |
| 110 | $ 500.00 | Victor Manuel Esquivel | Warehouse help |
| 106 | $ 3,260.08 | RF Barnes Customs House | Customs Broker |
| 11/18/2020 | $ 1,000.00 | Trnsfr to 3266 | Merchant account |
| 11/18/2020 | $ 225.00 | Pacific Solutions | Monthly Hosting Fee |
| 11/18/2020 | $ 1,120.00 | Drew Behnke | Warehouse Help |
| 11/20/2020 | $ 1,000.00 | Withdrawal | Brett Martin Expense Reimbursement Warehouse Labor |
| 11/20/2020 | $ 810.00 | Victor Manuel Esquivel | Warehouse Help |
| 11/20/2020 | $ 520.00 | Norma Miramontes | Admin Help |
| 11/20/2020 | $ 881.00 | TGI Flooring | Warehouse/Showroom Demo |
| 11/20/2020 | $ 4,728.90 | TGI Flooring | Warehouse/Showroom Demo |
| 11/23/2020 | $ 2,343.87 | Crossville | COGS-Product |
| 11/23/2020 | $ 2,000.00 | Withdrawal | Brett Martin Expense Reimbursement AT&T, Home Depot, Welding Supplies |
| 11/23/2020 | $ 1,256.00 | cc payment | Business credit card pymnt |
| 11/23/2020 | $ 14.95 | Bank fee | Monthly servicing fee |
| 11/24/2020 | $ 1,758.00 | Matthews & Parlo (product) | COGS-Product |
| 11/27/2020 | $ 1,000.00 | Stacey Mitchell | Admin Help |
| 11/27/2020 | $ 1,000.00 | Stephanie Martin | Admin Help |
| 11/27/2020 | $ 2,000.00 | Withdrawal | Brett Martin Pay/Income |
| 11/30/2020 | $ 817.87 | Withdrawal | Brett Martin Expense Reimbursement Welding Supplies |
| 11/30/2020 | $ 2,290.34 | Daniel Chavez | Warehouse Help |
| 11/30/2020 | $ 331.96 | Deluxe Office (Checks) | Deluxe Office (Checks) |
| 11/30/2020 | $ 5,000.00 | SL Biggs (Mark Dennis) | Accounting Firm |
| | | | |
| Total | $ 71,335.20 | | |

DIP Merchant Account 3566

| Check # | Amount | Vendor |
|---|---|---|
| 11/2/2020 | $ 4,000.00 | Trnsfr to 2987 Operating |
| 11/9/2020 | $ 253.19 | Trnsfr To 363 Brett Martin |
| 1012 | $ 202.93 | COGS-Product |
| 11/12/2020 | $ 35.00 | Trnsfr To 363 Brett Martin |
| 11/12/2020 | $ 499.00 | Trnsfr To 363 Brett Martin |
| 11/12/2020 | $ 36.00 | nsf fee |
| 11/12/2020 | $ 1,010.00 | CHK #1018Warehouse Help |
| 11/16/2020 | $ 14.00 | Bank Fees |
| 11/16/2020 | $ 100.00 | PayPal COGS |
| 11/17/2020 | $ 10,000.00 | Michael Bloom Rent chk#1016 |
| 11/19/2020 | $ 25,000.00 | Trnsfr to 2987 Operating |
| 11/20/2020 | $ 525.00 | COGS-Product CHK#1013 |
| 11/23/2020 | $ 188.00 | cc payment 7580 |

| Date | | Amount | Description |
|---|---|---|---|
| 11/23/2020 | $ | 1,500.00 | COGS-Product |
| 11/27/2020 | $ | 7,000.00 | Trnsfr to 2987 Operating |
| 11/27/2020 | $ | 10,000.00 | Trnsfr to 2987 Operating |

| | |
|---|---|
| Total | $ 60,363.12 |

| | |
|---|---|
| **GRAND TOTAL** | **$ 131,698.32** |

Exhibit E - Unpaid Bills

| Date | Vendor | Amount Due |
|---|---|---|
| 12/20/2020 | Isogent | $ 1,874.00 |
| 12/6/2020 | United Health ( | $ 10,526.96 |
| 12/10/2020 | VSP | $ 378.00 |
| 12/15/2020 | Xcel | $ 2,380.20 |
| 12/15/2020 | ComCast | $ 877.32 |
| 12/1/2020 | Cintas | $ 162.34 |
| **Total** | | $ 16,198.82 |

usbank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

247 IMG S Y ST01

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

000009947 01 SP 000638650581092 E
ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

***To Contact U.S. Bank***

***24-Hour Business Solutions:*** *1-800-673-3555*

***U.S. Bank accepts Relay Calls***

***Internet:*** *usbank.com*

## IEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.

## NFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2021.** You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2020. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: EE-6768-18A5-7FB8

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart below lists account modifications that go into effect beginning January 1, 2021.

To determine if these changes will impact you, review the 'Analysis Service Charge Detail' section of this statement for your current usage of these services. This is typically found on the last page.

If you have any questions or would like to discuss your account options, please call us at 1.800.673.3555. We accept relay calls.

| Current | New (as of January 1, 2021) |
|---|---|
| Paper Statement<br>**Image Statements (Front Only):**<br>Silver Business Checking Accounts - $5.00<br>Gold Business Checking Accounts - Free<br><br>**Image Statements (Front and Back):**<br>Gold Business Checking Accounts - $8.00<br>Non-Profit Business Checking Accounts - $8.00 | Paper Statement<br>**Image Statements (Front and Back*):**<br>Silver Business Checking Accounts - $8.00<br>Gold Business Checking Accounts - $3.00<br><br>**Image Statements (Front and Back):**<br>Silver Business Checking Accounts - $8.00<br>Gold Business Checking Accounts - $3.00<br>Non-Profit Business Checking Accounts - Free<br>*Front Image Statement no longer available starting Jan 1st, 2021 |
| Returned Deposited Items<br>Returned Check (Per Item) - $14.00 | Returned Deposited Items<br>Returned Check (Per Item) - $15.00 |
| Branch Cash Services<br>**Coin and Currency Orders**<br>Currency Ordered (per strap) - $0.80<br>Loose Currency Ordered (per $100) - $0.20<br>Loose Coin Ordered (per bag) - $6.00 | Branch Cash Services<br>**Coin and Currency Orders:**<br>Currency Ordered (per strap) - $0.85<br>Loose Currency Ordered (per $100) - $0.25<br>Loose Coin Ordered (per bag) - $7.00 |



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.
2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.
3. Enter the ending balance shown on this statement. $__________
4. Enter the total deposits recorded in the Outstanding Deposits section. $__________
5. Total lines 3 and 4. $__________
6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $__________
7. Subtract line 6 from line 5. This is your balance. $__________
8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.
9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.
10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, he following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

EQUAL HOUSING
LENDER



DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

## NFORMATION YOU SHOULD KNOW (CONTINUED)

| Current | New (as of January 1, 2021) |
|---|---|
| Rolled Coin Ordered (per roll) - $0.20<br>Rolled Coin Ordered (per box) - $6.00<br><br>**Cash Deposits:**<br>Coin Deposited (per roll) - $0 15<br>Fed Ready Coin Deposit - $3.75<br>Loose Mixed Coin Deposited (per bag) - $11.00 | Rolled Coin Ordered (per roll) - $0.25<br>Rolled Coin Ordered (per box) - $7.00<br><br>**Cash Deposits:**<br>Coin Deposited (per roll) - $0.20<br>Fed Ready Coin Deposit - $4.00<br>Loose Mixed Coin Deposited (per bag) - $12.00 |
| International Process Fee for U.S. Bank Debit Card<br>2% of the purchase amount | International Process Fee for U.S. Bank Debit Card<br>3% of the purchase amount |

## I.S. BANK SILVER - BUSINESS CHECKING

.S. Bank National Association — Member FDIC

Account Number

### ccount Summary

| | # Items | | |
|---|---|---|---|
| eginning Balance on Nov 2 | | $ | 7,189.47 |
| ustomer Deposits | 4 | | 39,711.74 |
| ther Deposits | 12 | | 56,561.88 |
| ther Withdrawals | 27 | | 36,303.42- |
| hecks Paid | 19 | | 35,031.78- |
| **Ending Balance on Nov 30, 2020** | | **$** | **32,127.89** |

Number of Days in Statement Period 30

### ustomer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Nov 2 | 8055153341 | 25,000.00 |
| | Nov 17 | 8356196810 | 6,134.27 |
| | Nov 18 | 8654073951 | 5,265.79 |
| | Nov 20 | 9254268670 | 3,311.68 |

**Total Customer Deposits $ 39,711.74**

### ther Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ov 2 | Mobile Check Deposit | | 8055637876 | $ 288.47 |
| ov 2 | Mobile Check Deposit | | 8055637880 | 647.74 |
| ov 2 | Mobile Check Deposit | | 8055637878 | 1,200.00 |
| ov 2 | Mobile Banking Transfer | From Account | | 4,000.00 |
| ov 3 | Electronic Deposit<br>REF=203070176624260N00 | From NPC<br>NPC00001 PAYROLL 12529623 | | 0.05 |
| ov 4 | Mobile Check Deposit | | 8655233109 | 721.51 |
| ov 10 | Mobile Check Deposit | | 8356250164 | 227.60 |
| ov 10 | Mobile Check Deposit | | 8356250162 | 3,138.46 |
| ov 19 | Mobile Banking Transfer | From Account | | 25,000.00 |
| ov 23 | Mobile Check Deposit | | 8055378768 | 4,338.05 |
| ov 27 | Mobile Banking Transfer | From Account | | 7,000.00 |
| ov 27 | Mobile Banking Transfer | From Account | | 10,000.00 |

**Total Other Deposits $ 56,561.88**

### ther Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ov 2 | Mobile Banking Transfer | To Account | | $ 200.00- |
| ov 2 | Mobile Banking Transfer | To Account | | 432.00- |
| ov 2 | Mobile Banking Transfer | To Account | | 500.41- |
| ov 3 | Electronic Withdrawal<br>REF=203070176624280N00 | To NPC<br>NPC00001 PAYROLL 12529623 | | 0.05- |
| ov 3 | Electronic Withdrawal<br>REF=203070176625160N00 | To NATPAY-12529623<br>12529623 BILL IMPND12529623 | | 60.00- |



DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

## U.S. BANK SILVER - BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association

Account Number

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 5 | Electronic Withdrawal REF=203090193532120N00 | To GOOGLE F770493581APPS_COMMEUS002K8RL3 | | 930.23- |
| Nov 9 | Electronic Withdrawal REF=203140056317710N00 | To XCEL ENERGY-PSCO 5840296600XCELENERGY00018942277 | | 1,018.02- |
| Nov 9 | Mobile Banking Transfer | To Account | | 2,500.00- |
| Nov 10 | Electronic Withdrawal REF=203140153434670N00 | To GOOGLE F770493581APPS_COMMEUS002KGZOI | | 730.21- |
| Nov 10 | Mobile Banking Transfer | To Account | | 1,000.00- |
| Nov 10 | Electronic Withdrawal REF=203140165936180N00 | To PACIFIC DATA SOL 9200502236ACH Debit 5267489879 | | 5,100.00- |
| Nov 12 | Electronic Withdrawal REF=203170093554520N00 | To NATPAY-12529623 12529623 BILL IMPND12529623 | | 59.52- |
| Nov 12 | Mobile Banking Transfer | To Account | | 109.19- |
| Nov 12 | Electronic Withdrawal REF=203170093554790N00 | To NATPAY-12529623 12529623 TAX IMPND 12529623 | | 785.47- |
| Nov 12 | Electronic Withdrawal REF=203170093556450N00 | To NATPAY-12529623 12529623 PAYROLL 12529623 | | 2,232.54- |
| Nov 13 | Electronic Withdrawal REF=203170222827860N00 | To PACIFIC DATA SOL 9200502236ACH Debit 5267490331 | | 225.00- |
| Nov 16 | Mobile Banking Transfer | To Account | | 10,000.00- |
| Nov 18 | Mobile Banking Transfer | To Account | | 1,000.00- |
| Nov 20 | Customer Withdrawal | | 9254268674 | 1,000.00- |
| Nov 23 | Mobile Banking Payment | To Credit Card ************9188 | | 1,256.00- |
| Nov 23 | Mobile Banking Transfer | To Account | | 2,000.00- |
| Nov 24 | Express Bill Payment | Overnight Fee | | 14.95- |
| Nov 27 | Zelle Instant On 11/26/20 | PMT To STACEY MITCHELL PMT ID=USBLWUj1w2vk | | 1,000.00- |
| Nov 27 | Zelle Instant On 11/26/20 | PMT To STEPHANIE MARTIN PMT ID=USBen5V1w3vb | | 1,000.00- |
| Nov 27 | Mobile Banking Transfer | To Account | | 2,000.00- |
| Nov 30 | Electronic Withdrawal REF=203350146008810Y00 | To DLX FOR BUSINESS 1411877307Deluxe SBS02048464813128 | | 331.96- |
| Nov 30 | Mobile Banking Transfer | To Account | | 817.87- |
| | | Total Other Withdrawals | $ | 36,303.42- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 000 | Nov 20 | 9254389745 | 520.00 | 0104 | Nov 2 | 8057692124 | 1,800.00 |
| 000* | Nov 20 | 9254668759 | 810.00 | 0105 | Nov 10 | 8356753315 | 2,153.00 |
| 000* | Nov 20 | 9254280509 | 881.00 | 0106 | Nov 17 | 8356330987 | 3,260.08 |
| 000* | Nov 19 | 8952999082 | 1,120.00 | 0108* | Nov 9 | 8054192638 | 175.00 |
| 000* | Nov 30 | 8054654052 | 2,290.34 | 0109 | Nov 9 | 8057008546 | 480.15 |
| 000* | Nov 23 | 8056513224 | 2,343.87 | 0110 | Nov 17 | 8356358232 | 500.00 |
| 000* | Nov 20 | 9254280510 | 4,728.90 | 0115* | Nov 6 | 9255065934 | 1,371.00 |
| 000* | Nov 30 | 8056496704 | 5,000.00 | 0118* | Nov 5 | 8951958723 | 2,189.00 |
| 097* | Nov 5 | 8953790901 | 1,651.44 | 5002* | Nov 24 | 8356089008 | 1,758.00 |
| 103* | Nov 5 | 8953415573 | 2,000.00 | | | | |

* Gap in check sequence

Conventional Checks Paid (19) $ 35,031.78-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 2 | 35,393.27 | Nov 9 | 23,739.94 | Nov 17 | 7,085.26 |
| Nov 3 | 35,333.27 | Nov 10 | 18,122.79 | Nov 18 | 11,351.05 |
| Nov 4 | 36,054.78 | Nov 12 | 14,936.07 | Nov 19 | 35,231.05 |
| Nov 5 | 29,284.11 | Nov 13 | 14,711.07 | Nov 20 | 30,602.83 |
| Nov 6 | 27,913.11 | Nov 16 | 4,711.07 | Nov 23 | 29,341.01 |



DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

## .S. BANK SILVER - BUSINESS CHECKING (CONTINUED)

.S. Bank National Association

**Account Number**

**alance Summary (continued)**

| ate | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| lov 24 | 27,568.06 | Nov 27 | 40,568.06 | Nov 30 | 32,127.89 |

Balances only appear for days reflecting change.



DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

## MAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT

Member FDIC

Account Number

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11/18/20
PAY TO THE ORDER OF Drew Behnke $ 1120.00
eleven hundred twenty 00/100 Dollars
usbank
Memo

000 Nov 19 1,120.00

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11/19/20
PAY TO THE ORDER OF TGI Flooring $ 4728.90
four thousand seven hundred twenty eight 90/100 Dollars
usbank
Memo

0000* Nov 20 4,728.90

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11-20-2020
PAY TO THE ORDER OF Norma Miramontes $ 520.00
Five Hundred Twenty & no Dollars
usbank
Memo Admin

000* Nov 20 520.00

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11-20-2020
Seq:1 11/23/20 Dep:001655AG; Cust:88813 User:1178579
PAY TO THE ORDER OF Crossville Studios $ 2,343.87
Two Thousand Three Hundred Forty Three & 87/ Dollars
usbank
Memo CG-002157

0000* Nov 23 2,343.87

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11-20-2020
PAY TO THE ORDER OF Victor Manuel Perez Esquivel $ 810.00
Eight Hundred Ten & no Dollars
usbank
Memo Warehouse

000* Nov 20 810.00

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11-30-2020
PAY TO THE ORDER OF Daniel Chavez $ 2,290.34
Two Thousand Two Hundred Ninety & 34/ Dollars
usbank
Memo Payroll

0000* Nov 30 2,290.34

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
Date 11/19/20
PAY TO THE ORDER OF TGI Flooring $ 881.00
eight hundred eighty one 00/100 Dollars
usbank
Memo

000* Nov 20 881.00

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832
29821
Date 11-30-2020
PAY TO THE ORDER OF SL Biggs $ 5,000.00
Five Thousand Dollars & no Dollars
usbank
Memo Accountant

0000* Nov 30 5,000.00

* Gap in check sequence


DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

## MAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Number

| Check | Date | Amount |
|---|---|---|
| 097* | Nov 05 | 1,651.44 |
| 0106 | Nov 17 | 3,260.08 |
| 103* | Nov 05 | 2,000.00 |
| 0108* | Nov 09 | 175.00 |
| 104 | Nov 02 | 1,800.00 |
| 0109 | Nov 09 | 480.15 |
| 105 | Nov 10 | 2,153.00 |
| 0110 | Nov 17 | 500.00 |

* Gap in check sequence

DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

Account Number:

Statement Period:
Nov 2, 2020
through
Nov 30, 2020

## MAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Number

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

115

Date 11-6-2020

PAY TO THE ORDER OF Edward Galarga $ 1,371.00

One Thousand Three Hundred Seventy One 00/100

usbank.

Memo

115* Nov 06 1,371.00

Account: 005241694841

$1,758.00

Please Direct Any Questions To
OUR OPERATIONS DEPARTMENT

0000005002
November 24, 2020

MEMO: 278188

US BANK NA

Pay ONE THOUSAND SEVEN HUNDRED FIFTY EIGHT AND 00/100 DOLLARS

$ *****1,758.00

TO THE ORDER OF
MATHEWS PABLO
166 ELWOOD RD SE
CALHOUN, GA 30701-2000

Void After 180 DAYS
Signature On File
This check has been authorized by your depositor

5002* Nov 24 1,758.00

ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO 80223-2832

118

Date 10/30/20

PAY TO THE ORDER OF Rogue Ragusa $ 2189.00

two thousand one eighty nine 00/100 Dollars

usbank.

Memo

118* Nov 05 2,189.00

usbank Withdrawal

11/20/20 2:35 PM MST

*PRO SOURCE OF DENVER INC

Withdrawal Total: $ 1,000.00

560680520

37873797* Nov 20 1,000.00

* Gap in check sequence

| 11/2/2020 Merchant Account 3266 Cash Summary | | |
|---|---|---|
| Month End Balance Per Statement | $ | 4,403.66 |
| Monthly Deposits | $ | 1,800.00 |
| Deposit in Transit | $ | - |
| Cleared Checks | $ | (4,492.12) |
| Outstanding Checks | $ | (6,010.00) |
| **Book Balance** | **$** | **(4,298.46)** |

| Bank Balance to Book Reconciliation | | |
|---|---|---|
| Book Balance | $ | (4,298.46) |
| Outstanding Checks | $ | 6,010.00 |
| Deposits in transit | $ | - |
| **Current Cash Balance** | **$** | **1,711.54** |

| Deposits in Transit | | |
|---|---|---|
| Vendor | | Amount |
| **Total** | $ | - |

| Cross Check | | |
|---|---|---|
| Current Balance per Bank | $ | 1,711.54 |
| Current Balance per This Sheet | $ | 1,711.54 |
| Difference | $ | - |

| Outstanding Checks | | | |
|---|---|---|---|
| Check # | | Amount | Vendor |
| 1004 | $ | 5,000.00 | Columbia |
| 1018 | $ | 1,010.00 | |
| **Total** | **$** | **6,010.00** | |

| Cleared Checks | | | |
|---|---|---|---|
| Check # | | Amount | Vendor |
| 11/2/2020 | $ | 4,000.00 | |
| 11/9/2020 | $ | 253.19 | |
| 1012 | $ | 202.93 | Crossville Studios |
| 11/12/2020 | $ | 36.00 | Over Draft Fee |
| **Total** | **$** | **4,492.12** | |

| Monthly Deposits | | | | | |
|---|---|---|---|---|---|
| Date | Customer | | Check Amount | | Deposit Total |
| 11/2/2020 | merch cc | $ | 1,800.00 | $ | **1,800.00** |
| | merch cc | $ | - | $ | - |
| | merch cc | $ | - | $ | - |
| | merch cc | $ | - | $ | - |
| | merch cc | $ | - | $ | - |
| | merch cc | $ | - | $ | - |
| **Total** | | $ | 1,800.00 | $ | 1,800.00 |

**11/30/2020 DIP Operating 2987**
**Cash Summary**

| | | |
|---|---|---|
| Month End Balance Per Statement | $ | 7,189.47 |
| Monthly Deposits | $ | 96,273.62 |
| Deposit in Transit | $ | - |
| Cleared Checks | $ | (71,335.20) |
| Outstanding Checks | $ | - |
| **Book Balance** | $ | 32,127.89 |

**Bank Balance to Book Reconciliation**

| | | |
|---|---|---|
| Book Balance | $ | 32,127.89 |
| Outstanding Checks | $ | - |
| Deposits in transit | $ | - |
| **Current Cash Balance** | $ | 32,127.89 |

**Deposits in Transit**

| Vendor | | Amount |
|---|---|---|
| Total | $ | - |

**Cross Check**

| | | |
|---|---|---|
| Current Balance per Bank | $ | 32,127.89 |
| Current Balance per This Sheet | $ | 32,127.89 |
| Difference | $ | - |

**Outstanding Checks**

| Check # | Amount | | Vendor |
|---|---|---|---|
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| | $ | - | |
| Total | $ | - | |

**Cleared Checks**

| Check # | Amount | | Vendor | Description |
|---|---|---|---|---|
| 11/2/2020 | $ | 200.00 | Trnsfr to 90363 | Brett Martin |
| 11/2/2020 | $ | 432.00 | Trnsfr to 90363 | Brett Martin |
| 11/2/2020 | $ | 500.41 | Trnsfr to 90363 | Brett Martin |
| 104 | $ | 1,800.00 | SA Flooring | COGS-Product |
| 11/3/2020 | $ | 60.00 | NAT Pay | Remote Server |
| 103 | $ | 2,000.00 | Daniel Chavez | Salesman mthly draw |
| 97 | $ | 1,651.44 | Celynn MCCarthy | Payroll Final check |
| EFT | $ | 930.23 | Google G Suite | Office Email Suite |
| 118 | $ | 2,189.00 | Roger Raguse | Payroll Final check |
| 115 | $ | 1,371.00 | Edward Galarza | Payroll Final check |
| 11/9/2020 | $ | 2,500.00 | Trnsfr to 90363 | Brett Martin |
| 11/9/2020 | $ | 1,018.02 | Xcel Energy | Utilities |
| 108 | $ | 175.00 | Hugo Duran | Warehouse help |
| 109 | $ | 480.15 | Daltile | COGS-Product |
| 11/10/2020 | $ | 1,000.00 | Trnsfr to 90363 | Brett Martin |
| 11/10/2020 | $ | 730.21 | Google | Google |
| 11/10/2020 | $ | 5,100.00 | Pacific Solutions | Pacific Solutions New CRM |
| 105 | $ | 2,153.00 | TGI | Warehouse/Showroom Demo |
| 11/12/2020 | $ | 59.52 | NAT Pay | Remote Server |
| 11/12/2020 | $ | 2,232.54 | NAT Pay | Remote Server |
| 11/12/2020 | $ | 785.47 | NAT Pay | Remote Server |
| 11/12/2020 | $ | 109.24 | Trnsfr to 90363 | Brett Martin |
| 11/16/2020 | $ | 10,000.00 | Trnsfr to 3266 | Trnsfr to cover rent |
| 110 | $ | 500.00 | Victor Manuel Esqu | Warehouse help |
| 106 | $ | 3,260.08 | RF Barnes Customs | Customs Broker |
| 11/18/2020 | $ | 1,000.00 | Trnsfr to 3266 | Merchant account |
| 11/18/2020 | $ | 225.00 | Pacific Solutions | Monthly Hosting Fee |
| 11/18/2020 | $ | 1,120.00 | Drew Behnke | Warehouse Help |
| 11/20/2020 | $ | 1,000.00 | Withdrawal | Brett Martin |
| 11/20/2020 | $ | 810.00 | Victor Manuel Esqu | Warehouse Help |
| 11/20/2020 | $ | 520.00 | Norma Miramontes | Admin Help |
| 11/20/2020 | $ | 881.00 | TGI Flooring | Warehouse/Showroom Demo |
| 11/20/2020 | $ | 4,728.90 | TGI Flooring | Warehouse/Showroom Demo |
| 11/23/2020 | $ | 2,343.87 | Crossville | COGS-Product |
| 11/23/2020 | $ | 2,000.00 | Withdrawal | Brett Martin |
| 11/23/2020 | $ | 1,256.00 | cc payment | Business credit card pymnt |
| 11/23/2020 | $ | 14.95 | Bank fee | Monthly servicing fee |
| 11/24/2020 | $ | 1,758.00 | Matthews & Pario | COGS-Product |
| 11/27/2020 | $ | 1,000.00 | Stacey Mitchell | Admin Help |
| 11/27/2020 | $ | 1,000.00 | Stephanie Martin | Stephanie Martin |
| 11/27/2020 | $ | 2,000.00 | Withdrawal | Withdrawal |
| 11/30/2020 | $ | 817.87 | Withdrawal | Withdrawal |
| 11/30/2020 | $ | 2,290.34 | Daniel Chavez | Warehouse Help |
| 11/30/2020 | $ | 331.96 | Deluxe Office (Che | Deluxe Office (Checks) |
| 11/30/2020 | $ | 5,000.00 | SL Biggs (Mark Den | Accounting Firm |
| **Total** | $ | 71,335.20 | | |

**Monthly Deposits**

| Date | Customer | | Check Amount | | Deposit Total | |
|---|---|---|---|---|---|---|
| 11/2/2020 | Trnsfr from Merchant 3266 | $ | 4,000.00 | $ | 4,000.00 | Customer Order |
| 11/2/2020 | Trnsfr from Merchant 3266 | $ | 25,000.00 | $ | 25,000.00 | Customer Order |
| 11/2/2020 | Sinaco | $ | 1,200.00 | $ | 1,200.00 | Customer Order |
| 11/2/2020 | Schafer & CO | $ | 647.74 | $ | 647.74 | Customer Order |
| 11/2/2020 | MLC Contracting | $ | 288.47 | $ | 288.47 | Customer Order |
| 11/4/2020 | Steve Davenport | $ | 721.51 | $ | 721.51 | Customer Order |
| 11/10/2020 | Robert Auger | $ | 3,138.46 | $ | 3,138.46 | Customer Order |
| 11/10/2020 | BRC Real Estate | $ | 227.60 | $ | 227.60 | Customer Order |
| 11/17/2020 | 7th Ave LLC | $ | 6,134.27 | $ | 6,134.27 | Customer Order |
| 11/18/2020 | Randy Daake | $ | 5,265.79 | $ | 5,265.79 | Customer Order |
| 11/19/2020 | Trnsfr from Merchant 3266 | $ | 25,000.00 | $ | 25,000.00 | Customer Order |
| 11/20/2020 | Sweetman Realty | $ | 3,311.68 | $ | 3,311.68 | Customer Order |
| 11/23/2020 | Aspen Construction | $ | 4,338.10 | $ | 4,338.10 | Customer Order |
| 11/27/2020 | Trnsfr from Merchant 3266 | $ | 7,000.00 | $ | 7,000.00 | Customer Order |
| 11/27/2020 | Trnsfr from Merchant 3266 | $ | 10,000.00 | $ | 10,000.00 | Customer Order |
| **Total** | | $ | 96,273.62 | $ | 96,273.62 | |

**Cash Flow Needs**

| Date | Vendor | Amount Due |
|---|---|---|
| 12/20/2020 | Isogent | $ 1,874.00 |
| 12/6/2020 | United Health Care | $ 10,526.96 |
| 12/10/2020 | VSP | $ 378.00 |
| 12/15/2020 | Xcel | $ 2,380.20 |
| 12/15/2020 | ComCast | $ 877.32 |
| 12/1/2020 | Cintas | $ 162.34 |
| Total | | $ 16,198.82 |