---

Fill in this information to identify the case:

Debtor Name __PS of Denver, Inc__

United States Bankruptcy Court for the: District of Colorado

Case number: __20-16375__

☐ Check if this is an
amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: __December 2020__

Line of business: __Flooring__

Date report filed: __01/19/2021__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Brett Martin

Original signature of responsible party

Printed name of responsible party        Brett Martin

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  PS of Denver, Inc                                    Case number  20-16375

17.  Have you paid any bills you owed before you filed bankruptcy?         ☐  ☑  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  36,567.30

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$  84,022.02

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

– $  112,196.55

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $  -28,174.53

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  8,392.77

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Exhibit E)*

$  30,322.02

Debtor Name  PS of Denver, Inc                                    Case number  20-16375

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____0.00_____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                        _____6_____

27. What is the number of employees as of the date of this monthly report?                            _____4_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ____5,000.00____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ ___30,000.00___

30. How much have you paid this month in other professional fees?                                  $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?                 $ _____0.00_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 220,000.00 | − | $ 84,022.02 | = | $ 135,977.98 |
| 33. **Cash disbursements** | $ 210,000.00 | − | $ 112,196.55 | = | $ 97,803.45 |
| 34. **Net cash flow** | $ 100,000.00 | − | $ -28,174.53 | = | $ 128,174.53 |

35. Total projected cash receipts for the next month:                                          $ 120,000.00

36. Total projected cash disbursements for the next month:                                   − $ 80,000.00

37. Total projected net cash flow for the next month:                                        = $ 40,000.00

Debtor Name  PS of Denver, Inc                                    Case number  20-16375

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

| Date | Description | Amount | Amount | Memo |
|---|---|---|---|---|
| 12/2/2020 | Trnsfr from Merchant Processing | $ 4,000.00 | $ 4,000.00 | Customer Order |
| 12/10/2020 | Stop Payment | $ 1,050.00 | $ 1,050.00 | Customer Order |
| 12/11/2020 | Wholesale Direct | $ 1,079.30 | $ 1,079.30 | Customer Order |
| 12/11/2020 | Customer Payment | $ 4,428.49 | $ 4,428.49 | Customer Order |
| 12/22/2020 | Trnsfr from Merchant Processing | $ 5,000.00 | $ 5,000.00 | Customer Order |
| 12/30/2020 | Trnsfr from Merchant Processing | $ 4,000.00 | $ 4,000.00 | Customer Order |
| 12/30/2020 | Trnsfr from Merchant Processing | $ 5,000.00 | $ 5,000.00 | Customer Order |
| 12/7/2020 | Customer Payment | $ 16,580.60 | $ 16,580.60 | Customer Order |
| 12/11/2020 | Customer Payment | $ 18,836.27 | $ 18,836.27 | Customer Order |
| 12/14/2020 | Customer Payment | $ 18,000.00 | $ 18,000.00 | Customer Order |
| 12/18/2020 | Customer Payment | $ 6,047.36 | $ 6,047.36 | Customer Order |
| | | | $ - | Customer Order |
| | | | $ - | Customer Order |
| | | | $ - | Customer Order |
| | | | $ - | Customer Order |
| **Total** | | $ 84,022.02 | $ 84,022.02 | |

| Check # | Amount | Vendor | Description |
|---|---|---|---|
| | Cleared Checks | | |
| | $ 590.00 | Victor Esquivel | Warehouse Help |
| | $ 790.00 | Victor Esquivel | Warehouse Help |
| | $ 1,050.00 | Pryme Consumer Servicing | Warehouse Help |
| | $ 1,180.00 | Norma Miramontes | Admin Help |
| | $ 1,500.00 | Ryan Heagle | Sales Consultant |
| | $ 1,896.86 | Michael Thompson | Warehouse Help |
| | $ 2,750.00 | Jennifer Byrd | Admin Help |
| | $ 1,145.00 | Bensons Roll off | Trash Vendor |
| | $ 577.26 | Daltile | Product |
| | $ 940.00 | Victor Esquivel | Warehouse Help |
| | $ 700.00 | Ben Romero | Sales Consultant |
| | $ 2,750.00 | Jennifer Byrd | Admin Help |
| 20010 | $ 1,740.00 | Norma Miramontes | Admin Help |
| 20011 | $ 850.04 | Michale Thompson | Warehouse Help |
| 20012 | $ 420.00 | Drew Bohnke | Warehouse Help |
| 20013 | $ 2,511.06 | 7th Ave LLC | Customer Refund |
| 20014 | $ 5,665.79 | 7th Ave LLC | Customer Refund |
| 20015 | $ 730.00 | Jeus Guzman | Warehouse Help |
| 20016 | $ 880.00 | Jose Casillas | Warehouse Help |
| 20017 | $ 2,000.00 | Daniel Chavez | Sales Consultant |
| 20018 | $ 18,836.27 | Shanna Tauck | Customer Refund |
| 20019 | $ 800.00 | Alberto Urado | Warehouse Help |
| 20020 | $ 2,889.70 | Jennifer Byrd | Admin Help |
| 20022 | $ 2,190.00 | Ben Romero | Sales Consultant |
| EFT | $ 4,666.01 | Atlas Products | Product |
| EFT | $ 1,000.00 | Brett Martin | Expense Reimbursement - Warehouse Labor |
| EFT | $ 1,000.00 | Brett Martin | Pay |
| EFT | $ 5,100.00 | Pacific Solutions | New Software |
| EFT | $ 284.14 | Google | G-Suite |
| EFT | $ 2,001.32 | Gary Ellis | Product |
| EFT | $ 370.87 | Brett Martin | Expense Reimbursement |
| EFT | $ 1,000.00 | Brett Martin | Expense Reimbursement - Warehouse Labor |
| EFT | $ 1,067.94 | Wholesale Direct | Product |
| EFT | $ 1,079.30 | Wholesale Direct | Product |
| EFT | $ 1,079.30 | Gary Ellis | Product |
| EFT | $ 400.00 | Wholesale Direct | Product |
| EFT | $ 900.00 | Wholesale Direct | Product |
| EFT | $ 1,262.21 | Comcast | Phones, Internet |
| EFT | $ 1,400.00 | Wholesale Direct | Product |
| EFT | $ 2,000.00 | Brett Martin | Expense Reimbursement - Warehouse Labor |
| EFT | $ 225.00 | Pacific Solutions | New software |
| EFT | $ 10,526.96 | United Healtcare | Healthcare Premiums |
| EFT | $ 500.00 | US Bank | Business cc |
| EFT | $ 1,000.00 | Brett Martin | Expense Reimbursement - Warehouse Labor |
| EFT | $ 1,000.00 | Stephanie Martin | Admin Help |

| | | | | |
|---|---|---|---|---|
| EFT | $ | 281.21 | Wholesale Direct | Product |
| EFT | $ | 340.00 | Wholesale Direct | Product |
| EFT | $ | 2,765.00 | Isogent | Old Software mnthly fees |
| EFT | $ | 15,065.31 | PS of Baton Rouge | Product |
| EFT | $ | 500.00 | US Bank | Business cc |
| **Total** | $ | 112,196.55 | | |

| Cash Flow Needs | | |
|---|---|---|
| Date | Vendor | Amount Due |
| 1/20/2021 | Pacific Solutions | $ 5,100.00 |
| 1/31/2021 | United Health Care | $ 1,784.36 |
| 1/31/2021 | VSP | $ 378.00 |
| 1/31/2021 | Xcel | $ 2,380.20 |
| 1/31/2021 | ComCast | $ 877.32 |
| 1/31/2021 | Cintas | $ 162.34 |
| 1/31/2021 | Bensons Roll Off | $ 2,280.36 |
| 1/31/2021 | PS of Baton Rouge | $ 17,359.44 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | $ 30,322.02 |

## 12/2020 Merchant Account 3266

### Cash Summary

| | | |
|---|---|---|
| Month End Balance Per Statement | $ | 4,439.41 |
| Monthly Deposits | $ | - |
| Deposit in Transit | $ | - |
| Cleared Checks | $ | (4,334.00) |
| Outstanding Checks | $ | - |
| **Book Balance** | **$** | **105.41** |

### Bank Balance to Book Reconciliation

| | | |
|---|---|---|
| Book Balance | $ | 105.41 |
| Outstanding Checks | $ | - |
| Deposits in transit | $ | - |
| **Current Cash Balance** | **$** | **105.41** |

### Deposits in Transit

| Vendor | Amount |
|---|---|
| | |
| **Total** | **$ -** |

### Cross Check

| | | |
|---|---|---|
| Current Balance per Bank | $ | 105.41 |
| Current Balance per This Sheet | $ | 105.41 |
| Difference | $ | 0.00 |

### Outstanding Checks

| Check # | Amount | Vendor |
|---|---|---|
| | | |
| **Total** | **$ -** | |

### Cleared Checks

| Check # | Amount | Vendor |
|---|---|---|
| eft | $ 334.00 | Bank CC Fees |
| 12/2/2020 | $ 4,000.00 | trnsfr to operating |
| **Total** | **$ 4,334.00** | |

### Monthly Deposits

| Date | Customer | Check Amount | Deposit Total |
|---|---|---|---|
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| **Total** | | **$ -** | **$ -** |

## 12/31/2020 DIP Operating 2897

### Cash Summary

| | |
|---|---|
| Month End Balance Per Statement | $ 32,127.89 |
| Monthly Deposits | $ 84,022.02 |
| Deposits in Transit | $ - |
| Cleared Checks | $ (112,156.55) |
| Outstanding Checks | $ - |
| Book Balance | $ 3,993.36 |

### Bank Balance to Book Reconciliation

| | |
|---|---|
| Book Balance | $ 3,993.36 |
| Outstanding Checks | $ - |
| Deposits in transit | $ - |
| | |
| Current Cash Balance | $ 3,993.36 |

### Deposits in Transit

| Vendor | Amount |
|---|---|
| | |
| | |
| | |
| Total | $ - |

### Cross Check

| | |
|---|---|
| Current Balance per Bank | $ 3,993.36 |
| Current Balance per This Sheet | $ 3,993.36 |
| Difference | $ 0.00 |

### Outstanding Checks

| Check # | Amount | Vendor |
|---|---|---|
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |
| | $ - | |
| Total | $ - | |

### Cleared Checks

| Check # | Amount | Vendor | Description |
|---|---|---|---|
| | $ 590.00 | Victor Esquivel | Warehouse Help |
| | $ 780.00 | Victor Esquivel | Warehouse Help |
| | $ 1,050.00 | the Consumer Servic | Admin Help |
| | $ 1,180.00 | Norma Miramontes | Admin Help |
| | $ 1,500.00 | Ryan Heagle | Sales Consultant |
| | $ 1,896.86 | Michael Thompson | Warehouse Help |
| | $ 2,750.00 | Jennifer Byrd | Admin Help |
| | $ 1,145.00 | Bersons Roll off | Trash Vendor |
| | $ 577.26 | Dahle | Product |
| | $ 940.00 | Victor Esquivel | Warehouse Help |
| | $ 700.00 | Ben Romero | Sales Consultant |
| | $ 2,750.00 | Jennifer Byrd | Admin Help |
| | $ 1,740.00 | Norma Miramontes | Admin Help |
| | $ 850.04 | Michale Thompson | Warehouse Help |
| | $ 420.00 | Shane Robak | Warehouse Help |
| | $ 2,511.05 | 7th Ave LLC | Customer Refund |
| | $ 5,665.79 | 7th Ave LLC | Customer Refund |
| 20010 | $ 700.00 | Inem Guzman | Warehouse Help |
| 20011 | $ 880.00 | Jose Casillas | Warehouse Help |
| 20012 | $ 2,000.00 | Daniel Chavez | Sales Consultant |
| 20013 | $ 38,836.27 | Shanna Trost | Customer Refund |
| 20014 | $ 800.00 | Alberto Urudo | Warehouse Help |
| 20015 | $ 700.00 | Jennifer Byrd | Admin Help |
| 20016 | $ 2,889.70 | Ben Romero | Sales Consultant |
| 20017 | $ 22,150.00 | Atlas Products | Product |
| 20018 | $ 4,666.01 | Brett Martin | Expense Reimbursement - Warehouse Labor |
| 20019 | $ 1,000.00 | Brett Martin | Pay |
| 20020 | $ 5,100.00 | Google | New Software |
| 20021 | $ 284.14 | Brett Martin | G-Suite |
| 20022 | $ 2,001.32 | Pacific Solutions | Product |
| EFT | $ 370.87 | Brett Martin | Expense Reimbursement |
| EFT | $ 1,000.00 | Brett Martin | New Software |
| EFT | $ 1,057.91 | Wholesale Direct | Product |
| EFT | $ 1,079.30 | Wholesale Direct | Product |
| EFT | $ 1,079.30 | Gary Ellis | Product |
| EFT | $ 780.00 | Wholesale Direct | Product |
| EFT | $ 900.00 | Wholesale Direct | Product |
| EFT | $ 1,261.21 | Comcast | Phones, Internet |
| EFT | $ 1,000.00 | Brett Martin | Expense Reimbursement - Warehouse Labor |
| EFT | $ 2,000.00 | Brett Martin | New software |
| EFT | $ 225.00 | Pacific Solutions | Healthcare Premiums |
| EFT | $ 10,526.66 | United Hardware | Business cc |
| EFT | $ 500.00 | US Bank | |
| EFT | $ 1,000.00 | Stephanie Martin | Admin Help |
| EFT | $ 281.21 | Wholesale Direct | Product |
| EFT | $ 340.00 | Wholesale Direct | Product |
| EFT | $ 3,765.00 | Vagares | Old Software monthly fees |
| EFT | $ 15,565.31 | PS of Baton Rouge | Product |
| EFT | $ 560.00 | US Bank | Business cc |
| Total | $ 112,156.55 | | |

### Monthly Deposits

| Date | Customer | Check Amount | Deposit Total | |
|---|---|---|---|---|
| 12/2/2020 | Trnsfr from Merchant Processing | $ 4,000.00 | $ 4,000.00 | Customer Order |
| 12/28/2020 | Stop Payment | $ 1,050.00 | $ 1,050.00 | Customer Order |
| 12/11/2020 | Wholesale Direct | $ 1,079.30 | $ 1,079.30 | Customer Order |
| 12/11/2020 | Customer Payment | $ 4,428.49 | $ 4,428.49 | Customer Order |
| 12/22/2020 | Trnsfr from Merchant Processing | $ 5,000.00 | $ 5,000.00 | Customer Order |
| 12/6/2020 | Trnsfr from Merchant Processing | $ 5,000.00 | $ 5,000.00 | Customer Order |
| 12/9/2020 | Customer Payment | $ 5,000.00 | $ 5,000.00 | Customer Order |
| 12/7/2020 | Customer Payment | $ 16,580.60 | $ 16,580.60 | Customer Order |
| 12/11/2020 | Customer Payment | $ 38,836.27 | $ 38,836.27 | Customer Order |
| 12/14/2020 | Customer Payment | $ 18,000.00 | $ 18,000.00 | Customer Order |
| 12/14/2020 | Customer Payment | $ 6,047.36 | $ 6,047.36 | Customer Order |
| | | $ - | $ - | Customer Order |
| | | $ - | $ - | Customer Order |
| | | $ - | $ - | Customer Order |
| Total | | $ 84,022.02 | $ 84,022.02 | |

Cash Flow Reports (illegible shaded table)



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

247     IMG          S       Y     ST01

Account Number:
~~~~~~~~~2987

Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 1 of 7



000013925 01 SP       000638681112909 E
ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

☎                              *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                         *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                              *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2021.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2020.
Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this
information, please call Customer Service at the number listed in the upper right corner of this statement or send an email to
commercialsupport@usbank.com.

Access Code: EE-6768-18A5-7FB8

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart
below lists account modifications that go into effect beginning January 1, 2021.

To determine if these changes will impact you, review the 'Analysis Service Charge Detail' section of this statement for your
current usage of these services.  This is typically found on the last page.

If you have any questions or would like to discuss your account options, please call us at 1.800.673.3555. We accept relay
calls.

| Current | New (as of January 1, 2021) |
|---|---|
| Paper Statement | Paper Statement |
| **Image Statements (Front Only):** | **Image Statements (Front and Back*):** |
| Silver Business Checking Accounts - $5.00 | Silver Business Checking Accounts - $8.00 |
| Gold Business Checking Accounts - Free | Gold Business Checking Accounts - $3.00 |
| | |
| **Image Statements (Front and Back):** | **Image Statements (Front and Back):** |
| Gold Business Checking Accounts - $8.00 | Silver Business Checking Accounts - $8.00 |
| Non-Profit Business Checking Accounts - $8.00 | Gold Business Checking Accounts - $3.00 |
| | Non-Profit Business Checking Accounts - Free |
| | *Front Image Statement no longer available starting Jan 1st, 2021. |
| Returned Deposited Items | Returned Deposited Items |
| Returned Check (Per Item) - $14.00 | Returned Check (Per Item) - $15.00 |
| Branch Cash Services | Branch Cash Services |
| **Coin and Currency Orders:** | **Coin and Currency Orders:** |
| Currency Ordered (per strap) - $0.80 | Currency Ordered (per strap) - $0.85 |
| Loose Currency Ordered (per $100) - $0.20 | Loose Currency Ordered (per $100) - $0.25 |
| Loose Coin Ordered (per bag) - $6.00 | Loose Coin Ordered (per bag) - $7.00 |
| Rolled Coin Ordered (per roll) - $0.20 | Rolled Coin Ordered (per roll) - $0.25 |
| Rolled Coin Ordered (per box) - $6.00 | Rolled Coin Ordered (per box) - $7.00 |
| | |
| **Cash Deposits:** | **Cash Deposits:** |
| Coin Deposited (per roll) - $0.15 | Coin Deposited (per roll) - $0.20 |
| Fed Ready Coin Deposit - $3.75 | Fed Ready Coin Deposit - $4.00 |
| Loose Mixed Coin Deposited (per bag) - $11.00 | Loose Mixed Coin Deposited (per bag) - $12.00 |
| International Process Fee for U.S. Bank Debit Card | International Process Fee for U.S. Bank Debit Card |
| 2% of the purchase amount | 3% of the purchase amount |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error. so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply your unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



ESTATE OF  PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**
Account Number:
⬛⬛⬛⬛⬛⬛ 2987
Statement Period:
Dec 1, 2020
through
Dec 31, 2020



Page 2 of 7

## U.S. BANK SILVER - BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number ⬛⬛⬛⬛⬛⬛ 2987

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 32,127.89 | Number of Days in Statement Period | 31 |
| Customer Deposits | 4 | | 59,464.23 | | |
| Other Deposits | 7 | | 24,557.79 | | |
| Other Withdrawals | 26 | | 56,814.57- | | |
| Checks Paid | 24 | | 55,381.98- | | |
| **Ending Balance on  Dec 31, 2020** | | **$** | **3,953.36** | | |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Dec 7 | 8055032699 | 16,580.60 | | Dec 14 | 8056839893 | 18,000.00 |
| | Dec 11 | 9253166465 | 18,836.27 | | Dec 18 | 9254098883 | 6,047.36 |
| | | | | | **Total Customer Deposits** | **$** | **59,464.23** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 2 | Internet Banking Transfer | From Account 103685803266 | | $ 4,000.00 |
| Dec 10 | RETURN STOP PAYME | NT | 1121000000 | 1,050.00 |
| Dec 11 | Mobile Banking Transfer | From Account 103686460959 | | 1,079.30 |
| Dec 11 | Mobile Check Deposit | | 9255292655 | 4,428.49 |
| Dec 22 | Mobile Banking Transfer | From Account 103686477342 | | 5,000.00 |
| Dec 30 | Mobile Banking Transfer | From Account 103686477342 | | 4,000.00 |
| Dec 30 | Mobile Banking Transfer | From Account 103686460959 | | 5,000.00 |
| | | **Total Other Deposits** | **$** | **24,557.79** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 1 | Ext TFR Withdrawal | VECTBK CK WEBXFR | | $ 4,666.01- |
| | REF=203350226218300N00 | 3770527921 FEE $03.00  2775717785 | | |
| Dec 4 | Mobile Banking Transfer | To Account 103683490363 | | 1,000.00- |
| Dec 7 | Mobile Banking Transfer | To Account 103683490363 | | 1,000.00- |
| Dec 7 | Electronic Withdrawal | To PACIFIC DATA SOL | | 5,100.00- |
| | REF=203420086165440N00 | 9200502236ACH Debit 5267492394 | | |
| Dec 8 | Electronic Withdrawal | To GOOGLE | | 284.14- |
| | REF=203420184458550N00 | F770493581APPS_COMMEUS002N3IH2 | | |
| Dec 9 | Zelle Instant | PMT To GARY ELLIS | | 2,001.32- |
| | On 12/09/20 | PMT ID=USBPVWE1zlrK | | |
| Dec 11 | Internet Banking Transfer | To Account 103683490363 | | 370.87- |
| Dec 11 | Customer Withdrawal | | 9253166472 | 1,000.00- |
| Dec 11 | Mobile Banking Transfer | To Account 103683490363 | | 1,067.94- |
| Dec 11 | Mobile Banking Transfer | To Account 103686460959 | | 1,079.30- |
| Dec 11 | Zelle Instant | PMT To GARY ELLIS | | 1,079.30- |
| | On 12/11/20 | PMT ID=USB5xwZ1AhDD | | |
| Dec 14 | Mobile Banking Transfer | To Account 103686460959 | | 400.00- |
| Dec 14 | Mobile Banking Transfer | To Account 103686460959 | | 900.00- |
| Dec 14 | Electronic Withdrawal | To COMCAST | | 1,262.21- |
| | REF=203460018790240N00 | 0000213249CABLE   2402029 | | |
| Dec 14 | Mobile Banking Transfer | To Account 103686460959 | | 1,400.00- |
| Dec 14 | Customer Withdrawal | | 8056829149 | 2,000.00- |
| Dec 15 | Electronic Withdrawal | To PACIFIC DATA SOL | | 225.00- |
| | REF=203490212117100N00 | 9200502236ACH Debit 5268003661 | | |
| Dec 17 | Electronic Withdrawal | To UNITED HEALTHCAR | | 10,526.96- |
| | REF=203510095084830N00 | 1411289245EDI PAYMTS517579544518 | | |
| Dec 18 | Electronic Withdrawal | To CARDMEMBER SERV | | 500.00- |
| | REF=203510139139270Y00 | 5911111111WEB PYMT ***********9188 | | |
| Dec 18 | Customer Withdrawal | | 9254098859 | 1,000.00- |



ESTATE OF  PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**

Account Number:
_____2987

Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 3 of 7

## U.S. BANK SILVER - BUSINESS CHECKING                                              (CONTINUED)

U.S. Bank National Association                                                    Account Number _____-2987

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Dec 22 | Zelle Instant | PMT To STEPHANIE MARTIN | | 1,000.00- |
| | On 12/22/20 | PMT ID=USBsFaU1Doka | | |
| Dec 23 | Mobile Banking Transfer | To Account 103686460959 | | 281.21- |
| Dec 23 | Mobile Banking Transfer | To Account 103686460959 | | 340.00- |
| Dec 23 | Electronic Withdrawal | To ISOGENT PARTNERS | | 2,765.00- |
| | REF=203570136051380N00 | 1273677889CORP COLL | | |
| Dec 24 | Wire Debit REF001841 | HANCOCK WHITNEY BA 201224021098 | | 15,065.31- |
| | BNF=PS WHOLESALE FLOOR | LLC 3049 S SHERWOOD FORE | | |
| Dec 28 | Electronic Withdrawal | To CARDMEMBER SERV | | 500.00- |
| | REF=203580155373080Y00 | 5911111111WEB PYMT ***********9188 | | |

**Total Other Withdrawals    $       56,814.57-**

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0000 | Dec 4 | 9255105224 | 590.00 | 20010* | Dec 17 | 8954623540 | 1,740.00 |
| 0000* | Dec 1 | 8357135931 | 790.00 | 20011 | Dec 21 | 8057143760 | 850.04 |
| 0000* | Dec 9 | 8654959828 | 1,050.00 | 20012 | Dec 24 | 8954695894 | 420.00 |
| 0000* | Dec 4 | 9253546398 | 1,180.00 | 20013 | Dec 23 | 8654519287 | 2,511.06 |
| 0000* | Dec 1 | 8355327183 | 1,500.00 | 20014 | Dec 29 | 8354533098 | 5,665.79 |
| 0000* | Dec 7 | 8057217054 | 1,896.86 | 20015 | Dec 23 | 8655344909 | 730.00 |
| 0000* | Dec 1 | 8357403132 | 2,750.00 | 20016 | Dec 23 | 8655344929 | 880.00 |
| 20001* | Dec 29 | 8357239323 | 1,145.00 | 20017 | Dec 30 | 8654325810 | 2,000.00 |
| 20002 | Dec 9 | 8654959234 | 577.26 | 20018 | Dec 30 | 8653666178 | 18,836.27 |
| 20003 | Dec 9 | 8654129965 | 940.00 | 20019 | Dec 30 | 8655531345 | 800.00 |
| 20004 | Dec 11 | 9253073805 | 700.00 | 20020 | Dec 31 | 8955479399 | 2,889.70 |
| 20008* | Dec 16 | 8652820782 | 2,750.00 | 20022* | Dec 31 | 8955237808 | 2,190.00 |

* Gap in check sequence                     **Conventional Checks Paid (24)    $    55,381.98-**

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec 1 | 22,421.88 | Dec 11 | 47,479.55 | Dec 22 | 51,972.70 |
| Dec 2 | 26,421.88 | Dec 14 | 59,517.34 | Dec 23 | 44,465.43 |
| Dec 4 | 23,651.88 | Dec 15 | 59,292.34 | Dec 24 | 28,980.12 |
| Dec 7 | 32,235.62 | Dec 16 | 56,542.34 | Dec 28 | 28,480.12 |
| Dec 8 | 31,951.48 | Dec 17 | 44,275.38 | Dec 29 | 21,669.33 |
| Dec 9 | 27,382.90 | Dec 18 | 48,822.74 | Dec 30 | 9,033.06 |
| Dec 10 | 28,432.90 | Dec 21 | 47,972.70 | Dec 31 | 3,953.36 |

Balances only appear for days reflecting change.



ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**

Account Number:
xxxxxxxxx987

Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 4 of 7



## IMAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT
*Member FDIC*
Account Number 1-036-8580-2987

| | | |
|---|---|---|
| 0000  Dec 01  790.00 | 0000*  Dec 04  1,180.00 | |
| 0000*  Dec 01  1,500.00 | 0000*  Dec 07  1,896.86 | |
| 0000*  Dec 01  2,750.00 | 0000*  Dec 09  1,050.00 | |
| 0000*  Dec 04  590.00 | 20001*  Dec 29  1,145.00 | |

\* Gap in check sequence



ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**
Account Number:
█████████987
Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 5 of 7

## IMAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT   (CONTINUED)

Account Number 1-036-8580-2987



| 20002 | Dec 09 | 577.26 |
| 20010* | Dec 17 | 1,740.00 |
| 20003 | Dec 09 | 940.00 |
| 20011 | Dec 21 | 850.04 |
| 20004 | Dec 11 | 700.00 |
| 20012 | Dec 24 | 420.00 |
| 20008* | Dec 16 | 2,750.00 |
| 20013 | Dec 23 | 2,511.06 |

\* Gap in check sequence



ESTATE OF  PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**

Account Number:
███████987

Statement Period:
Dec 1, 2020
through
Dec 31, 2020



Page 6 of 7

## IMAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number 1-036-8580-2987



| | | |
|---|---|---|
| 20014 | Dec 29 | 5,665.79 |
| 20015 | Dec 23 | 730.00 |
| 20016 | Dec 23 | 880.00 |
| 20017 | Dec 30 | 2,000.00 |
| 20018 | Dec 30 | 18,836.27 |
| 20019 | Dec 30 | 800.00 |
| 20020 | Dec 31 | 2,889.70 |
| 20022* | Dec 31 | 2,190.00 |

* Gap in check sequence



ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**

Account Number:
████████2987

Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 7 of 7

## IMAGES FOR YOUR U.S. BANK SILVER - BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number 1-036-8580-2987



46377145*                Dec 11                    1,000.00

49876097*                Dec 18                    1,000.00



47711249*                Dec 14                    2,000.00

* Gap in check sequence



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

247      IMG           S      Y    ST01

Account Number:
▬▬▬▬ 3266

Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 1 of 3

‖‖‖·‖ⅉⅉ‖·‖·‖‖·‖‖‖·‖‖·‖‖ⅉ‖·‖‖‖
000124017 01 SP    000638680252993 E
ESTATE OF PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832



☎                          ***To Contact U.S. Bank***

**24-Hour Business
Solutions:**                                   *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                        *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2021.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2020.
Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: EE-6768-18A5-7FB8

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart below lists account modifications that go into effect beginning January 1, 2021.

To determine if these changes will impact you, review the 'Analysis Service Charge Detail' section of this statement for your current usage of these services.  This is typically found on the last page.

If you have any questions or would like to discuss your account options, please call us at 1.800.673.3555. We accept relay calls.

| Current | New (as of January 1, 2021) |
|---|---|
| Paper Statement | Paper Statement |
| **Image Statements (Front Only):** | **Image Statements (Front and Back*):** |
| Silver Business Checking Accounts - $5.00 | Silver Business Checking Accounts - $8.00 |
| Gold Business Checking Accounts - Free | Gold Business Checking Accounts - $3.00 |
| | |
| **Image Statements (Front and Back):** | **Image Statements (Front and Back):** |
| Gold Business Checking Accounts - $8.00 | Silver Business Checking Accounts - $8.00 |
| Non-Profit Business Checking Accounts - $8.00 | Gold Business Checking Accounts - $3.00 |
| | Non-Profit Business Checking Accounts - Free |
| | *Front Image Statement no longer available starting Jan 1st, 2021. |
| Returned Deposited Items | Returned Deposited Items |
| Returned Check (Per Item) - $14.00 | Returned Check (Per Item) - $15.00 |
| **Branch Cash Services** | **Branch Cash Services** |
| **Coin and Currency Orders:** | **Coin and Currency Orders:** |
| Currency Ordered (per strap) - $0.80 | Currency Ordered (per strap) - $0.85 |
| Loose Currency Ordered (per $100) - $0.20 | Loose Currency Ordered (per $100) - $0.25 |
| Loose Coin Ordered (per bag) - $6.00 | Loose Coin Ordered (per bag) - $7.00 |
| Rolled Coin Ordered (per roll) - $0.20 | Rolled Coin Ordered (per roll) - $0.25 |
| Rolled Coin Ordered (per box) - $6.00 | Rolled Coin Ordered (per box) - $7.00 |
| **Cash Deposits:** | **Cash Deposits:** |
| Coin Deposited (per roll) - $0.15 | Coin Deposited (per roll) - $0.20 |
| Fed Ready Coin Deposit - $3.75 | Fed Ready Coin Deposit - $4.00 |
| Loose Mixed Coin Deposited (per bag) - $11.00 | Loose Mixed Coin Deposited (per bag) - $12.00 |
| International Process Fee for U.S. Bank Debit Card | International Process Fee for U.S. Bank Debit Card |
| 2% of the purchase amount | 3% of the purchase amount |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

 **usbank.**

ESTATE OF  PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**

Account Number:
XXXXXXXX3266
Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 2 of 3



## U.S. BANK SILVER - BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number XXXXXXXX-3266

### Account Summary

| | # Items | | | |
|---|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 4,439.41 | Number of Days in Statement Period |
| Other Withdrawals | 2 | | 4,334.00- | |
| **Ending Balance on  Dec 31, 2020** | | **$** | **105.41** | 31 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  2 | Internet Banking Transfer | To Account 103685802987 | | $ | 4,000.00- |
| Dec 14 | Analysis Service Charge | | 1400000000 | | 334.00- |
| | | | **Total Other Withdrawals** | **$** | **4,334.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Dec  2 | 439.41 | Dec 14 | 105.41 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: November 2020

| | | | |
|---|---|---|---|
| Account Number: | 1-036-8580-3266 | $ | 0.00 |
| Account Number: | 1-036-8571-6468 | $ | 0.00 |
| Account Number: | 1-036-8580-2987 | $ | 334.00 |
| Analysis Service Charge assessed to | 1-036-8580-3266 | $ | 334.00 |

### Service Activity Detail for Account Number 1-036-8571-6468

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Charge For Neg Coll Balance | 2,000 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-036-8571-6468 | | $ | 0.00 |

### Service Activity Detail for Account Number 1-036-8580-2987

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 30 | | No Charge |
| Counter Checks | 7 | 2.00000 | 14.00 |
| Manual Stop Payment-24 Months | 8 | 35.00000 | 280.00 |
| Subtotal: Depository Services | | | 294.00 |
| **ACH Services** | | | |
| ACH Stop Payment | 1 | 40.00000 | 40.00 |
| Subtotal: ACH Services | | | 40.00 |
| Fee Based Service Charges for Account Number 1-036-8580-2987 | | $ | 334.00 |

### Service Activity Detail for Account Number 1-036-8580-3266

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 4 | | No Charge |



ESTATE OF  PRO SOURCE OF DENVER INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 20-16375-TBM
730 S JASON ST UNIT 18
DENVER CO  80223-2832

**Business Statement**

Account Number:
⬛⬛⬛⬛⬛⬛⬛3266
Statement Period:
Dec 1, 2020
through
Dec 31, 2020

Page 3 of 3

| ANALYSIS SERVICE CHARGE DETAIL | (CONTINUED) |
|---|---|

**Service Activity Detail for Account Number 1-036-8580-3266 (continued)**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-036-8580-3266 | | $ | 0.00 |